1   **LARRY A. WALRAVEN (S.B.# 143327)**
    lwalraven@calemployerlaw.com
2   **BRYAN S. WESTERFELD (S.B.# 218253)**
    bwesterfeld@calemployerlaw.com
3   **NICOLE E. WURSCHER (S.B.# 245879)**
    nwurscher@calemployerlaw.com
4   **WALRAVEN & WESTERFELD LLP**
    101 Enterprise, Suite 350
5   Aliso Viejo, California 92656
    Telephone: (949) 215-1990
6   Fax: (949) 215-1999

7   Attorneys for Certain Defendants*

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  ALMONT AMBULATORY                  Case No.  CV 14-2139 ABC (VBKx)
    SURGERY CENTER, LLC, a
12  California limited liability company,   **REPLY BRIEF IN SUPPORT OF**
    et al.,                              ***EX PARTE* APPLICATION FOR**
13                                       **EXTENSION OF TIME TO**
                    Plaintiffs,          **ANSWER OR OTHERWISE**
14                                       **RESPOND TO THE**
        vs.                              **COMPLAINT**
15
    UNITEDHEALTH GROUP, INC.,            (Filed concurrently with Declaration
16  et al.                               of Bryan S. Westerfeld; [Proposed]
                                         Order)
17                  Defendants.
                                         **DATE:    TBD**
18                                       **TIME:    TBD**
                                         **CTRM:    680**
19
                                         **TRIAL DATE: NONE SET**
20

21

22

23

24  * = *See* Attachment A hereto.

25

26

27

28

## I.   UNITED AGREES THAT AN EARLY CASE MANAGEMENT CONFERENCE IS WARRANTED

In their opposition to the *Ex Parte* Application to Extend Time to Respond, Plaintiffs request an early case management conference. Defendants UnitedHealth Group, Inc., United Healthcare Services, Inc., United Healthcare Insurance Company and OptumInsight, Inc. ("United"), agree that such an early case management conference would be beneficial.[1] As explained in the *Ex Parte* Application, this lawsuit involves complex state and federal claims alleged with respect to thousands of benefit claims against over 800 Defendants, some of whom are represented by counsel for United, some of whom are not, and some of whom have authorized counsel to obtain extensions of time while they decide about representation. As reflected in the *Ex Parte* Application, counsel have already encountered significant logistical challenges in obtaining extensions of until at least June 9, 2014 for various Defendants to respond.

United agrees that after an order providing at least until June 9, 2014 to respond (which Plaintiffs no longer oppose),[2] coordination among counsel will continue to be necessary. This includes arranging a briefing schedule and a hearing date for likely motions to dismiss. Although United and the Jointly-Represented Defendants in the *Ex Parte* Application stated no objection to Plaintiffs having an extension of approximately 30 days to file responsive briefs, they did not discuss with Plaintiffs – or

---

[1] Although counsel for United represented over 400 co-defendants on the *Ex Parte* Application, many of these representations are for the limited purpose of securing extensions. Accordingly, this joinder to Plaintiffs' request for an early case management conference is not submitted on behalf of all of the Jointly-Represented Defendants, but is only on behalf of United.

[2] As noted, Plaintiffs do not oppose an extension until June 9 to respond to the Complaint in their opposition. Plaintiffs' Proposed Order, however, would only apply to defendants that have not yet appeared in this action. This limitation is not consistent with their opposition brief and appears to be a mistake. The June 9 extension should apply to United, the Jointly Represented Defendants, all Defendants that have not yet appeared in this action, and all other Defendants that have filed joinders in the *Ex Parte* Application.

1    address in their motion – the schedule for reply briefs and a hearing date.  Given the

2    difficulties encountered so far, as well as the continuing logistics and potential

3    disputes[3] associated with representation of over 800 Defendants, United believes it is

4    premature – as proposed by Plaintiffs' Proposed Order – to set dates now for reply

5    briefs and a hearing.  United believes that an early case management conference would

6    facilitate this process, as well as address other case management issues that may arise.

7    **II.    PLAINTIFFS HAVE NOT YET SERVED THE PLAN DEFENDANTS**

8    **FOR WHICH IT CLAIMS THE TIME TO RESPOND HAS ALREADY**

9    **PASSED**

10        In their opposition to the *Ex Parte* Application, Plaintiffs claim that certain

11   Defendants obtained 30-day stipulations of time without obtaining a corresponding

12   stipulation on behalf of their also-named affiliated benefit plan.  Plaintiffs cite Jacobs

13   Engineering Group, Inc. Employee Group Insurance Plan (the "Jacobs Engineering

14   Plan") and the Shell Oil Company Welfare Benefits Plan (the "Shell Oil Plan") as

15   examples of affiliated benefit plans that did not obtain an extension and for which the

16   time to respond has already passed.  In the case of the Jacobs Engineering Plan and the

17   Shell Oil Plan, however, while the docket entry purports to indicate a proof of service

18   for both the companies and the benefit plans, the actual proofs of service filed by

19   Plaintiffs indicate service only on the companies, not on the affiliated benefit plans.

20   (See Dkt. Nos. 159 and 259.)  Nor do the proofs of service state that the companies are

21   being served as alleged agents for service of the affiliated plans.  The proofs of service

22   simply state that service was made on the companies, which are themselves named

23   separately as Defendants.  (*Id.*)  Accordingly, the time for these Defendants to respond

24

25

26   _____

27   [3]  United disagrees with and will oppose the Motion to Disqualify that Plaintiffs
     indicated in their Response that they will file.

28

1  has not passed, and *ex parte* relief extending the time for them to respond is

2  appropriate.

3

4  Dated:  May 1, 2014                    **WALRAVEN & WESTERFELD LLP**

5

6  By:  /s/ Bryan S. Westerfeld
       **BRYAN S. WESTERFELD**

7  Attorneys for Certain Defendants*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Attachment "A" - List of Certain Defendants |
| 2 | UNITEDHEALTH GROUP, INC. |
| 3 | UNITED HEALTHCARE SERVICES INC. |
| 4 | UNITED HEALTHCARE INSURANCE COMPANY |
| 5 | OPTUMINSIGHT, INC. |
| 6 | AARP |
| 7 | AARP EMPLOYEES WELFARE PLAN |
| 8 | ACUSHNET COMPANY |
| 9 | ACUSHNET COMPANY CONSOLIDATED HEALTH AND WELFARE PLAN |
| 10 | ADVANCE/ NEWHOUSE PARTNERSHIP HEALTH BENEFITS PLAN |
| 11 | AEG EMPLOYEE HEALTH & WELFARE PLAN |
| 12 | AEGIS MEDIA AMERICAS, INC. |
| 13 | AEGIS MEDIA NORTH AMERICA WELFARE BENEFIT PLAN |
| 14 | AIR LIQUIDE USA LLC GROUP BENEFITS PLAN |
| 15 | AIR LIQUIDE USA, LLC |
| 16 | AKZO NOBEL, INC. |
| 17 | AKZO NOBEL, INC. SALARIED EMPLOYEES GROUP BENEFITS PROGRAM |
| 18 | ALCAN SALARIED WELFARE BENEFITS PROGRAM |
| 19 | ALCON LABORATORIES INC. VOLUNTARY EMPLOYEES BENEFICIARY |
| 20 | ASSOCIATION TRUST |
| 21 | ALCON LABORATORIES, INC. |
| 22 | ALL AMERICAN CONTAINERS, INC. |
| 23 | ALL AMERICAN CONTAINERS, INC. WELFARE BENEFIT PLAN |
| 24 | ALLSTATE CAFETERIA PLAN |
| 25 | ALLSTATE INSURANCE COMPANY |
| 26 | ALTEC INDUSTRIES INC. FLEXIBLE BENEFITS PLAN |
| 27 | ALTEC INDUSTRIES, INC. |
| 28 | ALTEGRITY, INC. |

1 | ALTEGRITY, INC. HEALTH & WELFARE PLAN
2 | AMERICAN AIRLINES, INC.
3 | AMERICAN BUILDING SUPPLY, INC.
4 | AMERICAN BUILDING SUPPLY, INC. EMPLOYEE BENEFIT PLAN
5 | ANHEUSER-BUSCH COMPANIES, LLC
6 | ANHEUSER-BUSCH EMPLOYEES BENEFIT TRUST
7 | ANIXTER, INC.
8 | ANIXTER, INC. GROUP INSURANCE
9 | ANN, INC.
10 | ANSCHUTZ ENTERTAINMENT GROUP, INC.
11 | APARTMENT MANAGEMENT CONSULTANTS BENEFITS PLAN
12 | APARTMENT MANAGEMENT CONSULTANTS, LLC
13 | APL LIMITED
14 | APPLE AMERICAN GROUP, LLC
15 | APPLE AMERICAN GROUP, LLC SECTION 125 PLAN
16 | APPLE, INC.
17 | APPLE, INC. HEALTH AND WELFARE BENEFIT PLAN
18 | ARDENT SERVICES, LLC
19 | ARDENT SERVICES, LLC MEDICAL PLAN
20 | AT&T CORP.
21 | AT&T MOBILITY, LLC
22 | AT&T UMBRELLA BENEFIT PLAN
23 | ATI SYSTEMS - A GARDA COMPANY GROUP HEALTH PLAN
24 | ATI SYSTEMS INTERNATIONAL, INC.
25 | AUCTION.COM EMPLOYEE BENEFIT PLAN
26 | AUCTION.COM, LLC
27 | AVON PRODUCTS INC. MEDICAL PLAN FOR ACTIVE EMPLOYEES
28 | AVON PRODUCTS, INC.

1  BARNES & NOBLE, INC.
2  BARNES & NOBLE, INC. COMPREHENSIVE MEDICAL AND DENTAL PLAN
3  BAYSIDE MANAGEMENT COMPANY LLC EMPLOYEE BENEFIT PLAN
4  BAYSIDE MANAGEMENT COMPANY, LLC
5  BBA AVIATION BENEFIT PLAN
6  BBA AVIATION USA, INC.
7  BECTON, DICKINSON AND COMPANY
8  BECTON, DICKINSON AND COMPANY GROUP LIFE AND HEALTH PLAN
9  BELMONT VILLAGE, LP
10  BELMONT VILLAGE LP HEALTHCARE BENEFITS PLAN
11  BEST BUY CO., INC.
12  BEST BUY FLEXIBLE BENEFITS PLAN
13  BMS ENTERPRISES, INC.
14  BMS ENTERPRISES, INC., EMPLOYEE INJURY BENEFIT PLAN
15  BOAT AMERICA CORPORATION
16  BOAT U.S. HEALTH PLAN
17  BOSTON MARKET CORPORATION
18  BOSTON MARKET CORPORATION HEALTH AND WELFARE PLAN
19  BRADY CORPORATION
20  BRINKER INTERNATIONAL, INC. WELFARE BENEFIT PLAN
21  BRINKER SERVICES CORPORATION
22  BUCA INC. HEALTH CARE BENEFIT PLAN
23  BUCA RESTAURANTS 2, INC.
24  C.H. ROBINSON COMPANY GROUP HEALTH MAJOR MEDICAL PLAN
25  C.H. ROBINSON COMPANY, INC.
26  CALIFORNIA CHARTER SCHOOLS ASSOCIATION
27  CBEYOND COMMUNICATIONS HEALTH AND WELFARE PLAN
28  CBEYOND COMMUNICATIONS, LLC

1   CBIZ INC. GROUP HEALTH AND WELFARE PLAN

2   CBIZ MHM, LLC

3   CENTRIC GROUP HOSPITAL PLAN

4   CENTRIC GROUP, LLC

5   CGX ENERGY, LLC, F/K/A COGENTRIX ENERGY, LLC

6   CHARMING SHOPPES, INC.

7   CHARMING SHOPPES, INC. MEDICAL PLAN

8   CHEVRON CORPORATION

9   CHEVRON CORPORATION OMNIBUS HEALTH CARE PLAN

10   CINGULAR WIRELESS MEDICAL PLUS PLAN

11   CITIGROUP HEALTH BENEFIT PLAN

12   CITIGROUP MANAGEMENT CORP.

13   CNA FINANCIAL CORPORATION

14   CNA FINANCIAL CORPORATION HEALTH AND GROUP BENEFITS

15   PROGRAM

16   COGENTRIX ENERGY, LLC GROUP INSURANCE PLAN

17   COGNIZANT HEALTH & WELFARE BENEFIT PLAN

18   COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION

19   COMFORT SYSTEMS USA, INC.

20   COMMSCOPE INC. OF NORTH CAROLINA

21   COMMSCOPE WELFARE BENEFIT PLAN

22   CORT BUSINESS SERVICES CORPORATION

23   CORT BUSINESS SERVICES CORPORATION GROUP INSURANCE PLAN

24   CROWLEY MARITIME CORPORATION

25   CROWLEY MARITIME CORPORATION WELFARE HEALTH LIFE &

26   ACCIDENTAL DEATH & DISMEMBERMENT PLANS

27   CRW FLEXIBLE BENEFIT PLAN

28   CYTEC INDUSTRIES INC. HEALTH AND WELFARE PLAN

1   CYTEC INDUSTRIES, INC.

2   DANAHER CORPORATION

3   DARDEN RESTAURANTS, INC.

4   DEERE & COMPANY

5   DELOITTE & TOUCHE WELFARE BENEFIT PLAN

6   DELOITTE, LLP

7   DELTA AIR LINES, INC.

8   DELTA FAMILY-CARE MEDICAL PLAN

9   DEVRY INC. WELFARE BENEFIT PLAN

10  DEVRY, INC.

11  DIAGEO NORTH AMERICA, INC.

12  DIAGEO NORTH AMERICA, INC. MEDICAL CARE AND LIFE INSURANCE

13  PLAN FOR SALARIED AND RETIRED EMPLOYEES

14  DISCOVERY COMMUNICATIONS WELFARE BENEFIT PLAN

15  DISCOVERY COMMUNICATIONS, LLC

16  DRIVETIME AUTOMOTIVE GROUP, INC.

17  DRIVETIME WELFARE BENEFIT PLAN

18  ECOLAB HEALTH AND WELFARE BENEFITS PLAN

19  ECOLAB, INC.

20  EDWARD D. JONES & CO. EMPLOYEES HEALTH AND WELFARE PROGRAM

21  EDWARD D. JONES & CO., LP

22  EMCOR GROUP, INC.

23  EMCOR GROUP, INC. EMPLOYEE WELFARE PLAN

24  EMPLOYEE BENEFIT PLAN OF THE COMPASS GROUP USA, INC.

25  ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.

26  ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC. LIFE, LTD.

27  TRAVEL ACCIDENT, VISION SERVICE, MEDICAL DENTAL

28  EPSON AMERICA INC. GROUP PLAN

1   EPSON AMERICA, INC.

2   ERNST & YOUNG MEDICAL PLAN

3   ERNST & YOUNG, LLP

4   EXPERIAN INFORMATION SOLUTIONS, INC.

5   EXPERIAN INFORMATION SOLUTIONS, INC. HEALTH AND WELFARE PLAN

6   EXPRESS MESSENGER SYSTEMS, INC.

7   EXPRESS MESSENGER SYSTEMS, INC. dba ONTRAC

8   EXPRESSJET AIRLINES,INC.

9   EXPRESSJET AIRLINES, INC. CONSOLIDATED WELFARE BENEFIT PLAN

10   FARMERS GROUP, INC.

11   FARMERS GROUP, INC. EMPLOYEE PREPAID BENEFIT PLAN

12   FIDELITY BROKERAGE SERVICES, LLC

13   FIDELITY GROUP EMPLOYEES MEDICAL, DENTAL AND CAFETERIA PLAN

14   FINRA DISPUTE RESOLUTION, INC.

15   FINRA EMPLOYEE GROUP MEDICAL, DENTAL, LIFE, DISABILITY, AD&D &

16   VISION PLAN

17   FISERV, INC.

18   FISERV, INC. WELFARE BENEFIT PLAN

19   FLEXTRONICS EMPLOYEE BENEFITS PLAN

20   FLEXTRONICS INTERNATIONAL USA, INC.

21   FOOT LOCKER RETAIL, INC.

22   FOOT LOCKER WELFARE BENEFIT PAYMENT PLAN

23   FOX ENTERTAINMENT GROUP, INC.

24   FOX HEALTH PLAN

25   FUTURE ELECTRONICS CORP.

26   FUTURE ELECTRONICS CORP. GROUP INSURANCE PLAN

27   GENON ENERGY SERVICES, LLC

28

1  GEORGIA-PACIFIC LLC LIFECHOICES BENEFITS PROGRAM FOR SALARIED
2  AND SALARIED BENEFITS ELIGIBLE EMPLOYEES
3  GEORGIA-PACIFIC, LLC
4  GEVITY HR INC. SECTION 125 PLAN
5  GF HEALTH PRODUCTS INC.
6  GF HEALTH PRODUCTS, INC.
7  GP STRATEGIES CORPORATION
8  GP STRATEGIES CORPORATION WELFARE BENEFIT PLAN
9  GREAT-WEST LIFE & ANN INS FLEXIBLE BENEFIT PLAN
10 GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY
11 GROUP BENEFITS PLAN FOR EMPLOYEES OF WORLEYPARSONS
12 CORPORATION
13 GROUP INSURANCE PLAN FOR EMPLOYEES OF REXAM, INC.
14 GROUP INSURANCE PLAN HOURLY AND SALARIED EMPLOYEES OF
15 PARKER HANNIFIN CORP.
16 GROUP LIFE AND HEALTH BENEFITS PLAN FOR EMPLOYEES OF
17 PARTICIPATING AMR CORPORATION SUBSIDIARIES
18 GTECH CORPORATION
19 GTECH CORPORATION PARTICIPANT BENEFIT PLAN
20 HEALTH & WELFARE BENEFIT PLANS OF VULCAN MATERIALS COMPANY
21 HEALTH CARE PLAN OF THE EMPLOYEES OF MCM CORP
22 HEALTH INSURANCE PLAN OF MULTIPLAN, INC.
23 HEARTLAND AUTOMOTIVE SERVICES, INC.
24 HEARTLAND AUTOMOTIVE SERVICES, INC. GROUP MEDICAL AND LIFE
25 PLAN
26 HONEYWELL INTERNATIONAL INC. BENEFIT PLAN
27 HONEYWELL INTERNATIONAL, INC.
28 HOT TOPIC, INC.

1 | HOT TOPIC, INC. HEALTH AND WELFARE PLAN
2 | IBM MEDICAL & DENTAL PLAN FOR REGULAR AND PART-TIME
3 | EMPLOYEES
4 | IMORTGAGE.COM, INC.
5 | IMORTGAGE.COM, INC. CAFETERIA PLAN
6 | INFORMA USA, INC.
7 | INFORMA USA, INC.
8 | INFORMA USA, INC. AND SUBSIDIARIES INSURANCE PLAN
9 | INFORMA USA, INC. AND SUBSIDIARIES INSURANCE PLAN
10 | ING AMERICAS WELFARE BENEFITS PLAN
11 | ING NORTH AMERICA INSURANCE CORPORATION
12 | INGRAM MICRO INC. HEALTH & WELFARE PLAN
13 | INGRAM MICRO, INC.
14 | INSPERITY GROUP HEALTH PLAN
15 | INSPERITY HOLDINGS, INC., F/K/A ADMINISTAFF OF TEXAS, INC.
16 | INTELSAT CORPORATION
17 | INTELSAT GROUP WELFARE BENEFITS PLAN
18 | INTERNATIONAL BUSINESS MACHINES CORPORATION
19 | INTERNATIONAL PAPER COMPANY
20 | INTERNATIONAL PAPER GROUP INSURANCE PLAN
21 | INTERNATIONAL SPEEDWA Y CORPORATION WELFARE BENEFIT PLAN
22 | INTERNATIONAL SPEEDWAY CORPORATION
23 | INTER-RAIL TRANSPORT, INC.
24 | INTER-RAIL, INC. EMPLOYEE HEALTH PLAN
25 | INX INTERNATIONAL GROUP MEDICAL/DENTAL PLAN
26 | INX INTERNATIONAL INK CO.
27 | J.C. PENNEY CORPORATION, INC.
28 | J.C. PENNEY CORPORATION, INC. HEALTH & WELFARE BENEFITS PLAN

1  J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.

2  JACK IN THE BOX INC.

3  JACK IN THE BOX INC. CREW EMPLOYEES HEALTH & WELFARE PLAN

4  JACKSON LEWIS LLP WELFARE PLAN

5  JACKSON LEWIS, LLP

6  JACOBS ENGINEERING GROUP, INC.

7  JACOBS ENGINEERING GROUP, INC. EMPLOYEE GROUP INSURANCE PLAN

8  JETBLUE AIRWAYS CORPORATION

9  JETBLUE AIRWAYS GROUP HEALTH INSURANCE PLAN

10  JOHN DEERE FLEXIBLE BENEFITS PLAN

11  JONES LANG LASALLE AMERICAS, INC.

12  JONES LANG LASALLE GROUP BENEFITS PLAN

13  KELLOGG, BROWN & ROOT, INC.

14  KELLOGG, BROWN & ROOT, INCORPORATED HOURLY EMPLOYEES

15  HEALTH & WELFARE PLAN

16  KELLY MITCHELL GROUP INC. MEDICAL PLAN

17  KELLY MITCHELL GROUP, INC.

18  KLA-TENCOR CORPORATION

19  KLA-TENCOR CORPORATION GROUP INSURANCE PLAN

20  KONICA MINOLTA BUSINESS SOLUTIONS USA, INC.

21  KONICA MINOLTA BUSINESS SOLUTIONS USA, INC. LIFE, DISABILITY,

22  ACCIDENT, MEDICAL AND DENTAL PLAN

23  L BRANDS, INC., F/K/A LIMITED BRANDS, INC.

24  LARSON-JUHL US LLC WELFARE PLAN

25  LARSON-JUHL US, LLC

26  LA-Z-BOY INCORPORATED

27  LA-Z-BOY INCORPORATED MEDICAL PLAN

28  LEAVITT GROUP AGENCY ASSOCIATION

1  LEAVITT GROUP AGENCY ASSOCIATION HEALTH BENEFIT PLAN

2  LEVEL 3 COMMUNICATIONS, INC. WELFARE BENEFIT PLAN

3  LEVEL 3 COMMUNICATIONS, LLC

4  LEVY RESTAURANTS, INC.

5  LIMITED BRANDS, INC. HEALTH AND WELFARE BENEFITS PLAN

6  LINDE NORTH AMERICA INC. INSURANCE PLAN

7  LINDE NORTH AMERICA, INC.

8  LOCAL STAFF, LLC

9  L'OREAL USA S/D, INC.

10  L'OREAL USA, INC. COMPREHENSIVE MEDICAL PLAN

11  MCM CORPORATION

12  MCNICHOLS COMPANY

13  MCNICHOLS COMPANY HEALTH BENEFIT PLAN

14  MEDSTAFF, INC. SECTION 125 PLAN

15  METROPOLITAN LIFE INSURANCE CO.

16  METLIFE OPTIONS AND CHOICES PLAN

17  MIDAMERICAN ENERGY COMPANY

18  MIDAMERICAN ENERGY COMPANY WELFARE BENEFIT PLAN

19  MISSION LINEN SUPPLY

20  MISSION LINEN SUPPLY GROUP HEALTH

21  MITEK USA, INC.

22  MITEK USA, INC. WELFARE BENEFIT

23  MOBILE MINI, INC.

24  MOBILE MINI, INC. BENEFIT PLAN

25  MONAVIE, LLC

26  MONAVIE, LLC FRINGE BENEFIT PLAN

27  MONROVIA NURSERY COMPANY

28  MONROVIA NURSERY COMPANY EMPLOYEE BENEFIT PLAN

1  MULTIPLAN, INC.

2  MYRIAD GENETICS, INC.

3  MYRIAD GENETICS, INC. WELFARE BENEFIT PLAN

4  NATIONAL CAPTIONING INSTITUTE, INC.

5  NATIONAL CAPTIONING INSTITUTE, INC. HEALTH & WELFARE BENEFITS

6  PLAN

7  NATIONAL MENTOR HOLDINGS, LLC

8  NATIONAL MENTOR HOLDINGS, LLC FLEXIBLE BENEFIT PLAN

9  NCH CORPORATION

10  NCH CORPORATION EMPLOYEE LIFE AND HEALTH BENEFIT PLAN

11  NEFF RENTAL LLC HEALTH & WELFARE PLAN

12  NEFF RENTAL, LLC

13  NESTLE USA, INC.

14  NEW BREED CORPORATE SERVICES INC. WELFARE BENEFIT PLAN

15  NEW BREED CORPORATE SERVICES, INC.

16  NIKE, INC.

17  NIKE,INC. GROUP INSURANCE PLAN

18  NOVARTIS PHARMACEUTICALS CORP. WELFARE BENEFITS PLAN

19  NOVARTIS PHARMACEUTICALS CORPORATION

20  NPL CONSTRUCTION CO.

21  NPL CONSTRUCTION CO. EMPLOYEE HEALTH BENEFIT PLAN

22  NRC PAYROLL MANAGEMENT, LLC

23  ORANGE COUNTY CONTAINER GROUP MEDICAL PLAN

24  OSRAM SYLVANIA, INC.

25  OSRAM SYLVANIA, INC. PLAN FOR GROUP INSURANCE

26  PANALPINA, INC.

27  PANALPINA, INC. WELFARE BENEFITS PLAN

28  PARKER-HANNIFIN CORPORATION

1  PAYLESS SHOESOURCE, INC.

2  PAYLESS SHOESOURCE, INC. MEDICAL PLAN

3  PECHINEY PLASTIC PACKAGING, INC.

4  PERFORMANCE FOOD GROUP INC. EMPLOYEE BENEFITS PLAN

5  PERFORMANCE FOOD GROUP, INC.

6  PERKINS & MARIE CALLENDER'S, LLC

7  PERKINS FLEXIBLE BENEFITS PLAN

8  PETER KIEWIT SONS', INC.

9  PETER KIEWIT SONS', INC. HEALTH AND WELFARE PLAN

10  PETSMART SMARTCHOICES BENEFIT PLAN

11  PETSMART, INC.

12  PFIZER MEDICAL PLAN

13  PFIZER, INC.

14  PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC

15  PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC WELFARE BENEFIT

16  PLAN

17  PHIBRO ANIMAL HEAL TH CORPORATION

18  PHIBRO ANIMAL HEALTH CORPORATION HEALTH AND BENEFIT PLAN

19  PLATINUM HOME MORTGAGE CORPORATION

20  PLATINUM HOME MORTGAGE CORPORATION

21  PLAYBOY ENTERPRISES INTERNATIONAL, INC.

22  PLAYBOY HEALTH BENEFITS PLAN

23  POLYCOM, INC.

24  POLYCOM, INC. FLEXIBLE SPENDING ACCOUNT PLAN

25  PRADA USA CORP.

26  PRADA USA CORPORATION WELFARE BENEFIT PLAN

27  PROCTER & GAMBLE RHD, INC.

28  PROTECTION ONE ALARM MONITORING, INC.

1 | PROTECTION ONE ALARM MONITORING, INC. WELFARE PLAN
2 | QBE FIRST GROUP HEALTH AND WELFARE PLAN
3 | QBE FIRST INSURANCE AGENCY, INC.
4 | QUANTUM CORPORATION
5 | QUANTUM CORPORATION HEALTH AND WELFARE PLAN
6 | RAINBOW USA, INC.
7 | RAINBOW USA, INC. MEDICAL PLAN
8 | RAYTHEON COMPANY
9 | RAYTHEON HEALTH BENEFITS PLAN
10 | REXAM, INC.
11 | RITE AID CORPORATION
12 | RITE AID CORPORATION HEALTH INSURANCE PLAN
13 | RUSH ENTERPRISES MEDICAL PLAN
14 | RUSH TRUCK CENTERS OF CALIFORNIA, INC.
15 | RYDER SERVICES CORPORATION
16 | RYDER SYSTEM, INC. FLEXIBLE BENEFITS PLAN
17 | S & A COMPUTER SERVICES, INC.
18 | S AND A COMPUTER SERVICES WELFARE BENEFIT PLAN
19 | SEASONS HOSPICE & PALLIATIVE CARE OF CALIFORNIA, INC.
20 | SEASONS HOSPICE FLEXIBLE BENEFIT PLAN
21 | SHELL OIL COMPANY
22 | SHELL OIL COMPANY COMPREHENSIVE WELFARE BENEFITS PLAN
23 | SIEMENS CORPORATION
24 | SKYWEST AIRLINES, INC.
25 | SKYWEST, INC. CAFETERIA PLAN
26 | SMURFIT KAPPA ORANGE COUNTY, LLC, F/K/A ORANGE COUNTY
27 | CONTAINER GROUP LLC
28 | SOUTHWEST AIRLINES CO.

1  SOUTHWEST AIRLINES CO. WELFARE BENEFIT PLAN

2  SOUTHWEST GAS CORPORATION

3  SOUTHWEST GAS CORPORATION LIFE INSURANCE & HEALTH PLAN

4  STEIN MART, INC.

5  STEIN MART, INC. & SUBSIDIARIES GROUP DISABILITY AND VISION PLAN

6  SUNBURST HOSPITALITY CORPORATION

7  SUNSTATE EQUIPMENT CO., LLC

8  SUNSTATE EQUIPMENT CO., LLC EMPLOYEE BENEFIT PLAN

9  TARGET CORPORATION

10  TARGET CORPORATION EMPLOYEE UMBRELLA TRUSTEED BENEFIT

11  PLAN

12  TESTAMERICA EMPLOYEE BENEFITS PLAN

13  TESTAMERICA LABORATORIES, INC.

14  TEXTRON BARGAINED INSURED BENEFITS PLAN

15  TEXTRON, INC.

16  TGI FRIDAY'S, INC.

17  THE CHILDREN'S PLACE HEALTH CARE, SHORT TERM DISABILITY & LIFE

18  INSURANCE PLAN

19  THE CHILDREN'S PLACE RETAIL STORES, INC.

20  THE CLOROX COMPANY

21  THE CLOROX COMPANY GROUP INSURANCE PLAN

22  THE COCA-COLA COMPANY

23  THE COCA-COLA COMPANY HEALTH AND WELFARE BENEFITS PLAN

24  THE CONVERSE PROFESSIONAL GROUP

25  THE CONVERSE PROFESSIONAL GROUP MAJOR MEDICAL PLAN

26  THE JPMORGAN CHASE HEALTH & INCOME PROTECTION PLAN FOR

27  ACTIVE EMPLOYEES

28  THE MCGRAW-HILL COMPANIES, INC.

1  THE MCGRAW-HILL COMPANIES, INC. GROUP HEALTH PLAN

2  THE PROCTER & GAMBLE HEALTH CARE PLAN

3  THE REYES HOLDINGS FLEXIBLE BENEFITS PLAN

4  THE SERVICEMASTER COMPANY, LLC

5  THE SERVICEMASTER HEALTH & WELFARE BENEFITS PLAN

6  THE STERITECH GROUP, INC.

7  THE TRAVELERS COMPANIES, INC.

8  THE TRAVELERS TRUSTEED EMPLOYEE BENEFIT PLAN

9  THE TURNER CORPORATION

10  THE TURNER CORPORATION WELFARE BENEFITS PLAN

11  TIC HOLDINGS, INC.

12  TIC HOLDINGS, INC. WELFARE BENEIFT PLAN

13  TIME WARNER CABLE BENEFITS PLAN

14  TIME WARNER CABLE, INC.

15  TOSHIBA AMERICA INC. GROUP WELFARE BENEFIT PLAN

16  TOSHIBA AMERICA, INC.

17  TRINET HR CORPORATION, F/K/A GEVITY HR, INC.

18  TTX COMPANY

19  TTX COMPANY GROUP AND HEALTH PLAN

20  UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN

21  UNITED AIRLINES, INC.

22  UNIVISION COMMUNICATIONS, INC.

23  UNIVISION WELFARE BENEFITS PLAN

24  URBAN DECAY COSMETICS HEALTHER AND WELFARE PLAN

25  URBAN DECAY COSMETICS, LCC

26  U.S. AUTO PARTS NETWORK, INC.

27  US AUTO PARTS NETWORK INC. HEALTHER AND WELFARE BENEFIT

28  PLAN

1  US AIRWAYS GROUP, INC.
2  US AIRWAYS, INC. HEALTH BENEFIT PLAN
3  USA TRUCK INC. WELFARE BENEFIT PLAN
4  USA TRUCK, INC.
5  UTI SERVICES, INC.
6  UTI SERVICES, INC. WELFARE BENEFITS PLAN
7  VEOLIA ENVIRONMENTAL SERVICES NORTH AMERICA CORP. EMPLOYEE
8  HEALTH BENEFIT PLAN
9  VEOLIA ENVIRONMENTAL SERVICES NORTH AMERICA, LLC
10  VERIZON COMMUNICATIONS, INC.
11  VERIZON PLAN 550
12  VIA TECHNOLOGIES, INC.
13  VIA TECHNOLOGIES, INC. HEALTH AND WELFARE PLAN
14  VIACOM HEALTH PLAN
15  VIACOM, INC.
16  VOLT INFORMATION SCIENCES, INC.
17  VOLT INFORMATION SCIENCES, INC. AND AFFILIATES EMPLOYEE
18  WELFARE BENEFITS PLAN
19  VULCAN MATERIALS COMPANY
20  W.H. BRADY CO. INSURED BENEFITS PLAN
21  W.W. GRAINGER INC. GROUP BENEFIT PLAN I
22  W.W. GRAINGER, INC.
23  WELFARE BENEFIT PLAN FOR EES. OF METROPOLITAN LIFE
24  WELFARE PLAN FOR EMPLOYEES OF APL LIMITED
25  WESTWAYS STAFFING SERVICES HEALTH PLAN
26  WESTWAYS STAFFING SERVICES, INC.
27  WHOLE FOODS MARKET CALIFORNIA, INC.
28  WHOLE FOODS MARKET, INC. CAFETERIA PLAN

1   WILLIAMS-SONOMA STORES, INC.

2   WIPRO HEALTH AND WELFARE PLAN

3   WIPRO LIMITED

4   WORLEYPARSONS CORPORATION

5   YUM! BRANDS, INC.

6   YUM! BRANDS, INC. RESTAURANT EMPLOYEES GROUP INSURANCE PLAN

7   ZALE CORPORATION

8   ZALE CORPORATION BENEFITS PLAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 101 Enterprise, Suite 350, Aliso Viejo, CA 92656.

On May 1, 2014, I served the foregoing document(s) described as

**REPLY BRIEF IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

on all interested parties in this action as follows (or as on the attached service list):

DARON L. TOOCH
ERIC D. CHAN
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517

E-Mail:
dtooch@health-law.com
echan@health-law.com

Facsimile : 310.551.8181

☒    (VIA FACSIMILE) I served the foregoing document(s) by facsimile transmission by use of facsimile machine number (949) 215-1999 to each interested party at the facsimile machine telephone number shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

AND

☒    BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the *CM/ECF* system. Participants in the case who are registered *CM/ECF* users will be served by the *CM/ECF* system. Participants in the case who are not registered *CM/ECF* users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 1, 2014, at Aliso Viejo, California.

Kim Sullivan

28

CV 14-2139 ABC (VBKx)
REPLY BRIEF. ISO
EX PARTE APPL. FOR EXTENSION OF TIME