Bryan S. Westerfeld, SBN 218253
Nicole E. Wurscher, SBN 245879
Walraven & Westerfeld LLP
101 Enterprise, Suite 350
Aliso Viejo, CA 92656

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Almont Ambulatory Surgery Center, LLC, et al. | CASE NUMBER: |
| PLAINTIFF(S) | 2:14-cv-02139-MWF-VBK |
| v. | |
| UnitedHealth Group, Inc., et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Retainer Agreement (which includes Written Notice of Conflicts Pursuant to Rule 3-310 and Waiver) as to:

1. CORT Business Services Corporation
2. Flextronics International USA, Inc. and Flextronics Employee Benefits Plan
3. Ernst & Young LLP and Ernst & Young Medical Plan
4. Peter Kiewit Sons', Inc. and Peter Kiewit Sons' Inc. Health and Welfare Plan

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated:   June 16, 2014
☐ Administrative Record
☐ Other:

| | |
|---|---|
| June 25, 2014 | /s/ Nicole E. Wurscher |
| Date | Attorney Name |
| | See attached Exhibit A list of represented parties |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

<u>Exhibit A</u>

1.   UNITEDHEALTH GROUP INCORPORATED

2.   UNITED HEALTHCARE SERVICES, INC.

3.   UNITEDHEALTHCARE INSURANCE COMPANY

4.   OPTUMINSIGHT, INC.

5.   AARP

6.   AARP EMPLOYEES WELFARE PLAN

7.   ACCENTURE LLP

8.   ACCENTURE UNITED STATES GROUP HEALTH

9.   ACUSHNET COMPANY

10.  ACUSHNET COMPANY CONSOLIDATED HEALTH AND WELFARE PLAN

11.  ADVANCE/NEWHOUSE PARTNERSHIP

12.  ADVANCE/NEWHOUSE PARTNERSHIP HEALTH BENEFITS PLAN

13.  AEGIS MEDIA AMERICAS, INC.

14.  AEGIS MEDIA NORTH AMERICA WELFARE BENEFIT PLAN

15.  AKZO NOBEL, INC.

16.  AKZO NOBEL, INC. SALARIED EMPLOYEES GROUP BENEFITS PROGRAM

17.  ALCON LABORATORIES, INC.

18.  ALCON LABORATORIES INC. VOLUNTARY EMPLOYEES BENEFICIARY ASSOCIATION TRUST

19.  ALL AMERICAN CONTAINERS, INC.

20.  ALL AMERICAN CONTAINERS, INC. WELFARE BENEFITS PLAN

21.   ALPHA MECHANICAL INC.

22.   ALPHA MECHANICAL HEATING & AIR CONDITIONING HEALTH INSURANCE PLAN TRUST

23.   ALTEC INDUSTRIES, INC.

24.   ALTEC INDUSTRIES, INC. FLEXIBLE BENEFITS PLAN

25.   ALTEGRITY, INC.

26.   ALTEGRITY, INC. HEALTH AND WELFARE PLAN

27.   AMERICAN AIRLINES, INC.

28.   HEALTH BENEFITS PLAN FOR EMPLOYEES OF PARTICIPATING AMR CORPORATION SUBSIDIARIES

29.   AMERICAN BUILDING SUPPLY

30.   AMERICAN BUILDING SUPPLY, INC. EMPLOYEE BENEFIT PLAN

31.   AMERICAN FINANCIAL GROUP, INC.

32.   AMERICAN FINANCIAL GROUP, INC. WELFARE BENEFITS PLAN

33.   AMERICAN INTERNATIONAL GROUP, INC.

34.   AIG MEDICAL PLAN

35.   ANHEUSER-BUSCH COMPANIES, LLC

36.   THE GROUP INSURANCE PLAN FOR CERTAIN EMPLOYEES OF ANHEUSER-BUSCH COMPANIES, LLC AND THE GROUP INSURANCE PLAN FOR CERTAIN RETIREES OF ANHEUSER-BUSCH COMPANIES, LLC

37.   ANN, INC.

38.   ANN, INC. WELFARE BENEFITS PLAN

39.   APARTMENT MANAGEMENT CONSULTANTS, LLC

40.   APARTMENT MANAGEMENT CONSULTANTS BENEFITS PLAN

41. APPLE, INC.

42. APPLE, INC. HEALTH AND WELFARE BENEFIT PLAN

43. APPLE AMERICAN GROUP, LLC

44. APPLE AMERICAN GROUP, LLC WELFARE BENEFIT PLAN

45. ARDENT SERVICES, L.L.C.

46. ARDENT SERVICES, L.L.C WELFARE BENEFIT PLAN

47. ATI SYSTEMS INTERNATIONAL, INC.

48. ATI SYSTEMS - A GARDA COMPANY GROUP HEALTH PLAN

49. AT&T CORP. and AT&T MOBILITY, LLC

50. AT&T UMBRELLA BENEFIT PLAN and CINGULAR WIRELESS MEDICAL PLUS PLAN

51. AUCTION.COM, LLC

52. AUCTION.COM EMPLOYEE BENEFIT PLAN

53. BARNES & NOBLE, INC.

54. BARNES & NOBLE, INC. COMPREHENSIVE MEDICAL AND DENTAL PLAN

55. BAYSIDE MANAGEMENT COMPANY, LLC

56. BAYSIDE MANAGEMENT COMPANY LLC EMPLOYEE BENEFIT PLAN

57. BECTON, DICKINSON AND COMPANY

58. BECTON, DICKINSON AND COMPANY GROUP LIFE AND HEALTH PLAN

59. BELMONT VILLAGE, L.P.

60. BELMONT VILLAGE L.P. HEALTHCARE BENEFITS PLAN

61. BEST BUY CO., INC.

3

62.  BEST BUY FLEXIBLE BENEFIT PLAN

63.  BEST MEDICAL INTERNATIONAL, INC.

64.  BEST MEDICAL INTERNATIONAL BENEFIT PLAN

65.  BIOMED REALTY, L.P.

66.  BIOMED REALTY, L.P. WELFARE BENEFITS PLAN

67.  BOAT AMERICA CORPORATION

68.  BOAT U.S. HEALTH PLAN

69.  BOSTON MARKET CORPORATION

70.  BOSTON MARKET CORPORATION HEALTH AND WELFARE PLAN

71.  BRADY CORPORATION

72.  W.H. BRADY CO. INSURED BENEFITS PLAN

73.  BRINKER INTERNATIONAL PAYROLL COMPANY

74.  BRINKER INTERNATIONAL, INC. WELFARE  BENEFIT PLAN

75.  BUCA RESTAURANTS 2, INC.

76.  BUCA INC. HEALTH CARE BENEFIT PLAN

77.  CALIFORNIA CHARTER SCHOOLS ASSOCIATION

78.  CBEYOND COMMUNICATIONS, LLC

79.  CBEYOND COMMUNICATIONS HEALTH AND WELFARE PLAN

80.  CBIZ MHM, LLC

81.  CBIZ GROUP HEALTH AND WELFARE PLAN

82.  CGX ENERGY, LLC [f/k/a Cogentrix Energy, LLC]

83.  CGX ENERGY, LLC  WELFARE BENEFITS PLAN [f/k/a Cogentrix
      Energy, LLC Welfare Benefits Plan]

84.   CHARLOTTE RUSSE HOLDING, INC. WELFARE BENEFIT PLAN

85.   CHARLOTTE RUSSE HOLDING, INC.

86.   CHARMING SHOPPES, INC.

87.   CHARMING SHOPPES, INC. MEDICAL PLAN

88.   CHILD DEVELOPMENT INCORPORATED

89.   CDI GROUP WELFARE PLAN

90.   C.H. ROBINSON COMPANY, INC.

91.   C.H. ROBINSON COMPANY GROUP HEALTH MAJOR MEDICAL PLAN

92.   CITIGROUP INC. [Incorrectly named in Complaint as Citigroup Management Corp.]

93.   CITIGROUP HEALTH BENEFIT PLAN

94.   CNA FINANCIAL CORPORATION

95.   CNA FINANCIAL CORPORATION HEALTH AND GROUP BENEFITS PROGRAM [correct name of plan is CNA Medical Plan]

96.   COMFORT SYSTEMS USA, INC.

97.   COMFORT SYSTEMS USA HEALTH & WELFARE PLAN

98.   CONMED CORPORATION

99.   CONMED CORPORATION HEALTHCARE PLAN

100.   CONSTUCTION TEAMSTERS SECURITY FUND FOR SOUTHERN CALIFORNIA

101.   CORT BUSINESS SERVICES CORPORATION

102.   CORT BUSINESS SERVICES CORPORATION GROUP INSURANCE PLAN

103.   COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION

104. COGNIZANT HEALTH & WELFARE BENEFIT PLAN

105. CREDIT SUISSE SECURITIES (USA), LLC

106. CREDIT SUISSE SECURITIES (USA) LLC GROUP BENEFITS HEALTH CARE PLAN

107. CYTEC INDUSTRIES, INC.

108. CYTEC INDUSTRIES INC.'S HEALTH AND WELFARE PLAN

109. DARDEN GROUP LIFE AND HEALTH BENEFIT PLAN FOR SALARIED EMPLOYEES [correct name is Darden Restaurants Group Life and Health Plan for Salaried Employees]

110. DARDEN RESTAURANTS, INC.

111. DEERE & COMPANY

112. JOHN DEERE FLEXIBLE BENEFITS PLAN

113. DELL, INC. AND IT'S SUBSIDIARY PEROT  SYSTEMS CORPORATION

114. PEROT SYSTEMS CORPORATION HEALTH WRAP PLAN

115. DELOITTE, LLP

116. DELOITTE & TOUCHE GROUP INSURANCE PLAN [Incorrectly named in Complaint as Deloitte & Touche Welfare Benefit Plan]

117. DELTA AIR LINES, INC.

118. DELTA FAMILY-CARE MEDICAL PLAN

119. DENSO PRODUCTS AND SERVICES AMERICAS, INC. [f/k/a DENSO sales California, Inc.]

120. DENSO SALES CALIFORNIA, INC. GROUP INSURANCE PLAN

121. DIAGEO NORTH AMERICA, INC.

122. DIAGEO NORTH AMERICA, INC. MEDICAL CARE AND LIFE INSURANCE PLAN FOR SALARIED AND RETURNED EMPLOYEES

123. DISCOVERY COMMUNICATIONS WELFARE BENEFIT PLAN

124. DISCOVERY COMMUNICATIONS, LLC

125. DRIVETIME AUTOMOTIVE GROUP, INC.

126. DRIVETIME WELFARE BENEFIT PLAN

127. ECOLAB INC.

128. ECOLAB HEALTH AND WELFARE BENEFITS PLAN

129. EMCOR GROUP, INC.

130. EMCOR GROUP, INC. EMPLOYEE WELFARE PLAN

131. ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.

132. ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC. LIFE, LDT, TRAVEL, ACCIDENT, VISION SERVICE, MEDICAL, DENTAL

133. EQUITY RESIDENTIAL SERVICES, LLC

134. EQUITY RESIDENTIAL GROUP INSURANCE PLAN

135. ERNST & YOUNG MEDICAL PLAN

136. ERNST & YOUNG, LLP

137. ESSILOR OF AMERICA, INC.

138. ESSILOR OF AMERICA, INC. EMPLOYER WELFARE BENEFIT PLAN

139. EXPERIAN INFORMATION SOLUTIONS, INC.

140. EXPERIAN INFORMATION  SOLUTIONS, INC. HEALTH AND WELFARE PLAN

141. EXPRESSJET AIRLINES, INC.

142. ATLANTIC SOUTHEAST AIRLINES WELFARE BENEFIT PLAN [w/ Express Jet]

143. EXPRESS MESSENGER SYSTEMS, INC. d/b/a ONTRAC

144. EXPRESS MESSENGER SYSTEMS, INC. d/b/a ONTRAC (Affiliated Health Plan)

145. FARMERS GROUP, INC.

146. FARMERS GROUP, INC. EMPLOYEE PREPAID BENEFIT PLAN

147. FINRA DISPUTE RESOLUTION, INC.

148. FINRA EMPLOYEE GROUP MEDICAL, DENTAL, LIFE, DISABILITY, AD&D & VISION PLAN

149. FLEXTRONICS EMPLOYEE BENEFITS PLAN

150. FLEXTRONICS INTERNATIONAL USA, INC.

151. FOOT LOCKER RETAIL, INC.

152. FOOT LOCKER WELFARE BENEFIT PAYMENT PLAN

153. FUTURE ELECTRONICS CORP.

154. FUTURE ELECTRONICS CORP. GROUP INSURANCE PLAN

155. G4S SECURE SOLUTIONS (USA), INC.

156. WELFARE TRUST FOR G4S SECURE SOLUTIONS (USA), INC. AND AFFILIATES

157. GENERAL PARTS, INC. [correct name is General Parts International, Inc.]

158. GENERAL PARTS, INC. EMPLOYEE BENEFITS PLAN MEDICAL INSURANCE [correct name is General Parts International, Inc. Self-Funded Health and Welfare Benefit Plan]

159. GENON ENERGY SERVICES, LLC

160. GENON ENERGY GROUP WELFARE BENEFITS PLAN

161. GENPACT PROCESS SOLUTIONS, LLC

162. GENPACT WELFARE BENEFIT PLAN

163. GEORG FISCHER SIGNET, LLC

164. GEORG FISCHER EMPLOYEE BENEFIT PLAN

165. GF HEALTH PRODUCTS INC.

166. GF HEALTH PRODUCTS, INC. [correct name of plan is GF Health Products, Inc. (Enrolling Group]

167. GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY

168. GREAT-WEST LIFE & ANNUITY INSURANCE FLEXIBLE BENEFIT PLAN

169. GTECH CORPORATION

170. GTECH CORPORATION PARTICIPANT BENEFIT PLAN

171. HEARTLAND AUTOMOTIVE SERVICES, INC.

172. HEARTLAND AUTOMOTIVE SERVICES, INC. GROUP MEDICAL AND LIFE PLAN

173. HONEYWELL INTERNATIONAL, INC.

174. HONEYWELL INTERNATIONAL INC. BENEFIT PLAN AND HONEYWELL INTERNATIONAL, IN. RETIREE MEDICAL PLAN

175. HOTELS AB, LLC

176. THE STANDARD/HOTELS AB WELFARE BENEFIT PLAN

177. HOT TOPIC, INC.

178. HOT TOPIC, INC. HEALTH AND WELFARE PLAN

179. HUHTAMAKI AMERICAS, INC.

180. HUHTAMAKI AMERICAS, INC. GROUP INSURANCE PLAN

181. IMORTGAGE.COM, INC.

182. IMORTGAGE.COM, INC. CAFETERIA PLAN

183. INFORMA USA, INC.

184. INFORMA USA, INC. AND SUBSIDIARIES INSURANCE PLAN

185. ING NORTH AMERICA INSURANCE CORPORATION

186. ING AMERICAS WELFARE BENEFITS PLAN

187. INGRAM MICRO, INC.

188. INGRAM MICRO, INC. HEALTH & WELFARE PLAN

189. INSPERITY GROUP HEALTH PLAN

190. INSPERITY HOLDINGS, INC., f/k/a ADMINISTAFF OF TEXAS, INC.

191. INTEGRA LIFESCIENCES CORPORATION

192. INTEGRA LIFESCIENCES CORP. MEDICAL/PRESCRIPTION, DENTAL AND STD PLAN

193. INTELSAT CORPORATION

194. INTELSAT GROUP WELFARE BENEFITS PLAN

195. INTERCARE HOLDINGS, INC.

196. INTERCARE HOLDINGS, INC. HEALTH & WELFARE PLAN

197. INTERNATIONAL BUSINESS MACHINES CORPORATION

198. IBM MEDICAL & DENTAL PLAN FOR REGULAR AND PART-TIME EMPLOYEES

199. INTERNATIONAL PAPER COMPANY

200. INTERNATIONAL PAPER GROUP INSURANCE PLAN

201. INTERNATIONAL SPEEDWAY CORPORATION'S WELFARE BENEFIT PLAN

202. INTERNATIONAL SPEEDWAY CORPORATION

203. INTER-RAIL TRANSPORT, INC.

204. INTER-RAIL TRANSPORT, INC. EMPLOYEE HEALTH PLAN

205. INX INTERNATIONAL GROUP MEDICAL/DENTAL PLAN

206. INX INTERNATIONAL INK CO.

207. JACK IN THE BOX INC.

208. JACK IN THE BOX INC. CREW EMPLOYEES HEALTH & WELFARE PLAN

209. JACKSON LEWIS LLP WELFARE PLAN [now known as JACKSON LEWIS P.C. CHOICE PLUS PLAN]

210. JACKSON LEWIS LLP [now known as JACKSON LEWIS P.C.]

211. JACOBS ENGINEERING GROUP, INC.

212. JACOBS ENGINEERING GROUP, INC. EMPLOYEE GROUP INSURANCE PLAN

213. J.C. PENNEY CORPORATION, INC.

214. J.C. PENNEY CORPORATION, INC. HEALTH & WELFARE BENEFITS PLAN

215. JETBLUE AIRWAYS CORPORATION

216. JETBLUE AIRWAYS GROUP HEALTH INSURANCE PLAN

217. JONES LANG LASALLE AMERICAS, INC.

218. JAMES LANG LASALLE GROUP BENEFITS PLAN

219. JP MORGAN CHASE NATIONAL CORPORATE SERVICES, INC. [correct name is JPMorgan Chase Bank, N.A.]

220. THE JPMORGAN CHASE HEALTH & INCOME PROTECTION PLAN FOR ACTIVE EMPLOYEES

221. KCI HOLDING, USA, INC.

222. KCI HOLDING USA, INC. EMPLOYEE HEALTH CARE PLAN

223. KELLOGG, BROWN & ROOT, LLC.

224. KELLOGG, BROWN & ROOT, INCORPORATED HOURLY EMPLOYEES HEALTH & WELFARE PLAN

225. KELLY MITCHELL GROUP INC. MEDICAL PLAN

226. KELLY MITCHELL GROUP, INC.

227. KINDER MORGAN, INC.

228. KINDER MORGAN MASTER EMPLOYEE WELFARE BENEFIT PLAN

229. KLA-TENCOR CORPORATION

230. KLA-TENCOR CORPORATION GROUP INSURANCE PLAN

231. KONICA MINOLTA BUSINESS SOLUTIONS USA, INC. [correct name Konica Minolta Business Solutions U.S.A., Inc.]

232. KONICA MINOLTA BUSINESS SOLUTIONS USA, INC. LIFE, DISABILITY, ACCIDENT, MEDICAL AND DENTAL PLAN [correct name Konica Minolta Business Solutions U.S.A., Inc. Life, Disability, Accident, Medical & Dental Plan]

233. LARSON-JUHL US LLC WELFARE PLAN

234. LARSON-JUHL US, LLC

235. LA-Z-BOY INCORPORATED

236. LA-Z-BOY INCORPORATED MEDICAL PLAN AND LA-Z-BOY INCORPORATED MEDICAL PLAN FOR RETAIL EMPLOYEES

237. L BRANDS, INC., f/k/a LIMITED BRANDS, INC. [correct name is L Brands Service Company, LLC]

238. L BRANDS, IN. HEALTH AND WELFARE PLAN

239. LEAVIT GROUP AGENCY ASSOCIATION, LLC [LGAA]

240. LEAVIT GROUP AGENCY ASSOCIATION, LLC HEALTH & WELFARE EMPLOYEES BENEFIT PLAN

241. LEVEL 3 COMMUNICATIONS, LLC

242. LEVEL 3 COMMUNICATIONS, INC. WELFARE BENEFIT PLAN

243. LEVY RESTAURANTS, INC.

244. EMPLOYEE BENEFIT PLAN OF THE COMPASS GROUP USA, INC. [w/ Levy]

245. LINDE NORTH AMERICA INC. INSURANCE PLAN

246. LINDE NORTH AMERICA, INC.

247. MARUBENI-ITOCHU STEEL AMERICA, INC.

248. MISA GROUP BENEFITS PLAN

249. MCM CORPORATION

250. HEALTH CARE PLAN OF THE EMPLOYEES OF MCM CORP

251. MCNICHOLS COMPANY

252. MCNICHOLS COMPANY HEALTH BENEFIT PLAN

253. MEDICAL SPECIALITIES DISTRIBUTORS LLC

254. MEDICAL SPECIALITIES DISTRIBUTORS, LLC GROUP BENEFITS PLAN

255. MIDAMERICAN ENERGY COMPANY

256. MIDAMERICAN ENERGY COMPANY WELFARE BENEFIT PLAN

257. MILLARD REFRIGERATED SERVICES

258. MILLARD REFRIGERATED SERVICES WELFARE BENEFIT PLAN

259. MOBILE MINI, INC.

260. MOBILE MINI, INC. BENEFIT PLAN

261. MONA VIE, INC.

262. MONA VIE, INC. HEALTH PLAN

263. MONROVIA NURSERY COMPANY

264. MONROVIA NURSERY COMPANY EMPLOYEE BENEFIT PLAN

265. MOUNTAIN VALLEY EXPRESS

266.  MOUNTAIN VALLEY EXPRESS, INC. WELFARE BENEFIT PLAN

267.  MULTIPLAN, INC.

268.  HEALTH INSURANCE PLAN OF MULTIPLAN, INC.

269.  MYRIAD GENETICS, INC.

270.  MYRIAD GENETICS, INC. WELFARE BENEFIT PLAN

271.  NATIONAL CAPTIONING INSTITUTE, INC.

272.  NATIONAL CAPTIONING INSTITUTE, INC. HEALTH & WELFARE BENEFITS PLAN

273.  NATIONAL MENTOR HOLDINGS, LLC

274.  NATIONAL MENTOR HOLDINGS, LLC FLEXIBLE BENEFIT PLAN

275.  NATIONSTAR MORTGAGE GROUP HEALTH AND WELFARE BENEFIT PLAN

276.  NATIONSTAR MORTGAGE, LLC

277.  NCH CORPORATION

278.  NCH CORPORATION EMPLOYEE LIFE AND HEALTH BENEFIT PLAN

279.  NEC CORPORATION OF AMERICA

280.  GROUP INSURANCE PLAN FOR EMPLOYEES OF NEC AND AFFILIATES

281.  NEFF RENTAL LLC

282.  NEFF RENTAL LLC HEALTH & WELFARE PLAN

283.  NESTLE USA NESCARE PLAN

284.  NESTLE USA, INC.

285.  NET APP, INC.

286.  NET APP, INC. GROUP HEALTH PLAN

287. NEW BREED CORPORATE SERVICES, INC.

288. NEW BREED CORPORATE SERVICES INC. MEDICAL PLAN

289. NIKE, INC.

290. NIKE, INC. GROUP INSURANCE PLAN

291. NOVARTIS PHARMACEUTICALS CORP. WELFARE BENEFITS PLAN

292. NOVARTIS PHARMACEUTICALS CORPORATION

293. NPL CONSTRUCTION CO.

294. NPL CONSTRUCTION CO. EMPLOYEE HEALTH BENEFIT PLAN

295. NRC RAYROLL MANAGEMENT

296. NRC PAYROLL MANAGEMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY, NRC PAYROLL MANAGEMENT HEALTH AND WELFARE PLAN

297. OLIN CORPORATION

298. OLIN HEALTH PLAN

299. OSRAM SYLVANIA, INC.

300. OSRAM SYLVANIA, INC. PLAN FOR GROUP INSURANCE [correct name of plan is Osram Sylvania Inc. Health and Welfare Benefits Plan]

301. PARKER-HANNIFIN CORPORATION

302. GROUP INSURANCE PLAN HOURLY AND SALARIED EMPLOYEES OF PARKER HANNIFIN CORP.

303. PANALPINA, INC.

304. PANALPINA, INC. WELFARE BENEFITS PLAN

305. PARSONS CORPORATION

306. GROUP BENEFITS PLAN FOR EMPLOYEES OF PARSONS CORPORATION & DESIGNATED SUBSIDIARIES

307. PECHINEY PLASTIC PACKAGING, INC.

308. ALCAN SALARIED WELFARE BENEFITS PROGRAM  [w/ Pechiney]

309. PERFORMANCE FOOD GROUP INC. EMPLOYEE BENEFITS PLAN

310. PERFORMANCE FOOD GROUP, INC.

311. PETCO ANIMAL SUPPLIES, INC.

312. PETCO ANIMAL SUPPLIES, INC. GROUP BENEFIT PLAN AND TRUST

313. PETER KIEWIT SONS', INC.

314. PETER KIEWIT SONS', INC. HEALTH AND WELFARE PLAN

315. PFIZER, INC. [correct name is Pfizer Inc]

316. PFIZER MEDICAL PLAN

317. PLATINUM HOME MORTGAGE CORPORATION

318. PLATINUM HOME MORTGAGE CORPORATION (Affiliated Health Plan)

319. POLYCOM, INC.

320. POLYCOM, INC. FLEXIBLE SPENDING ACCOUNT PLAN

321. PRADA USA CORP.

322. PRADA USA CORPORATION WELFARE BENEFIT PLAN

323. PRECYSE SOLUTIONS, LLC

324. WELFARE BENEFIT PLAN FOR EMPLOYEES OF PRECYSE SOLUTIONS

325. PRIME ADMINISTRATION LLC

326. PRIME ADMINISTRATION LLC CONSOLIDATED HEALTH & WELFARE PLAN

327. PROGRESSIVE LOGISTICS SERVICES

328. PROGRESSIVE LOGISTICS SERVICES LLC CHOICE PLUS PLAN FOR FREIGHT HANDLERS

329. PROTECTION ONE ALARM MONITORING, INC.

330. PROTECTION ONE ALARM MONITORING, INC. WELFARE PLAN

331. QBE FIRST GROUP HEALTH AND WELFARE PLAN [Correct name is QBE Financial Institution Risk Services, Inc.]

332. QBE FIRST INSURANCE AGENCY, INC. [Correct name is QBE First Group Health and Welfare Plan]

333. QUANTUM CORPORATION

334. QUANTUM CORPORATION WELFARE BENEFIT PLAN [Incorrectly named Quantum Corporation Health and Welfare Plan]

335. RAINBOW USA, INC.

336. RAINBOW USA, INC. MEDICAL PLAN

337. RAYTHEON COMPANY

338. RAYTHEON HEALTH BENEFITS PLAN

339. REXAM INC.

340. GROUP INSURANCE PLAN FOR EMPLOYEES OF REXAM INC.

341. RITE AID CORPORATION

342. RITE AID CORPORATION HEALTH INSURANCE PLAN

343. RURAL/METRO CORPORATION

344. RURAL/METRO CORPORATION EMPLOYEE BENEFIT PLAN

345. RUSH TRUCK CENTERS OF CALIFORNIA, INC.

346. RUSH ENTERPRISES MEDICAL PLAN

347. RYDER SYSTEM, INC

348. RYDER SYSTEM, INC. FLEXIBLE BENEFITS PLAN

349.  S & A COMPUTER SERVICES, INC.

350.  S AND A COMPUTER SERVICES WELFARE BENEFIT PLAN

351.  SAFRAN USA, INC.

352.  SAFRAN USA, INC. CAFETERIA PLAN

353.  SCHNEIDER NATIONAL, INC.

354.  SCHNEIDER NATIONAL, INC. FLEXIBLE BENEFITS PLAN

355.  SEASONS HOSPICE & PALLIATIVE CARE OF CALIFORNIA, INC. [correct name Seasons Hospice, Inc.]

356.  SEASONS HOSPICE FLEXIBLE BENEFIT PLAN

357.  SELECT SPECIALIZED STAFFING, INC.

358.  SELECT STAFFING – FLEXIBLE BENEFITS PLAN

359.  SHELL OIL COMPANY

360.  SHELL OIL COMPANY COMPREHENSIVE WELFARE BENEFITS PLAN

361.  SKYWEST AIRLINES, INC.

362.  SKYWEST, INC. CAFETERIA PLAN

363.  SMURFIT KAPPA ORANGE COUNTY, LLC, f/k/a ORANGE COUNTY CONTAINER GROUP LLC

364.  ORANGE COUNTY CONTAINER GROUP MEDICAL PLAN

365.  SOURCEHOV LLC

366.  SOURCEHOV LLC HEALTH AND WELFARE BENEFIT PLAN

367.  SOUTHWEST GAS CORPORATION

368.  SOUTHWEST GAS CORPORATION HEALTH & WELFARE BENEFITS PLAN

369.  STATION CASINOS, INC.

370.   STATION CASINOS, INC. EMPLOYEE BENEFIT PLAN

371.   STEIN MART, INC.

372.   STEIN MART, INC. & SUBSIDIARIES GROUP DISABILITY AND VISION PLAN

373.   SUNBURST HOSPITALITY CORPORATION

374.   SUNBURST HOSPITALITY CORPORATION EMPLOYEE WELFARE BENEFIT PLAN

375.   SUNSTATE EQUIPMENT COMPANY, LLC

376.   SUNSTATE EQUIPMENT COMPANY, LLC EMPLOYEE BENEFIT PLAN

377.   TARGET CORPORATION

378.   TARGET CORPORATION EMPLOYEE UMBRELLA TRUSTEED BENEFIT PLAN

379.   TESTAMERICA ENVIRONMENTAL SERVICES, LLC

380.   TESTAMERICA HEALTH PLAN WITH UNITEDHEALTH CARE [Incorrectly named in Complaint as TestAmerica Environmental Services, LLC Employee Benefit Plan]

381.   TEXTRON BARGAINED INSURED BENEFITS PLAN

382.   TEXTRON, INC.

383.   TGI FRIDAY'S, INC.

384.   CRW FLEXIBLE BENEFIT PLAN [w/ TGI Friday's]

385.   THE CHILDREN'S PLACE, INC [f/k/a The Children's Place Retail Stores, Inc.]

386.   THE CHILDREN'S PLACE HEALTH CARE, SHORT TERM DISABILITY & LIFE INSURANCE PLAN

387.   THE CLOROX COMPANY

388.  THE CLOROX COMPANY GROUP INSURANCE PLAN

389.  THE HERTZ CORPORATION

390.  HERTZ CUSTOM BENEFIT PROGRAM

391.  THE PROCTER & GAMBLE COMPANY [Incorrectly named in the Complaint as Proctor & Gamble RHD, Inc.]

392.  THE PROCTER & GAMBLE HEALTH CARE PLAN [n/k/a PROCTER & GAMBLE MEDICAL PLAN FOR ACTIVE EMPLOYEES and PRCTER & GAMBLE RETIREE WELFARE BENFITS PLAN

393.  THE TRAVELERS COMPANYES, INC. (Companies?)

394.  THE TRAVELERS TRUSTEED EMPLOYEE BENEFIT PLAN

395.  THE TURNER CORPORATION

396.  THE TURNER CORPORATION WELFARE BENEFITS PLAN

397.  TIC HOLDINGS, INC.

398.  TIC HOLDINGS, INC. WELFARE BENEFIT PLAN

399.  TIME WARNER CABLE BENEFITS PLAN

400.  TIME WARNER CABLE, INC.

401.  TOSHIBA AMERICA, INC.

402.  TOSHIBA AMERICA, INC. GROUP WELFARE BENEFIT PLAN

403.  TRINET HR CORPORATION, F/K/A GEVITY HR, INC. [correct name of plan sponsor is TriNet Group, Inc.]

404.  GEVITY HR INC. SECTION 125 PLAN [correct name of plan is TriNet Group, Inc. Section 125, Section 129, and Flexible Spending Account Plan]

405.  TTX COMPANY

406.  TTX COMPANY HEALTH AND WELFARE BENEFITS PLAN

407.  TUCKER ELLIS LLP

408.   TUCKER ELLIS & WEST LLP WELFARE BENEFIT PLAN

409.   UNITED AIRLINES, INC.

410.   UNITED AIRLINES CONSOLIDATED WELFARE BENEFITS PLAN

411.   UNIVISION COMMUNICATIONS, INC.

412.   UNIVISION WELFARE BENEFITS PLAN

413.   UPM-RAFLATAC, INC.

414.   UPM-RAFLATAC, INC. HEALTH AND WELFARE BENEFIT PLAN

415.   U.S. AUTO PARTS NETWORK, INC.

416.   U.S. AUTO PARTS NETWORK INC. HEALTH AND WELFARE BENEFIT PLAN

417.   US AIRWAYS GROUP, INC.

418.   US AIRWAYS HEALTH BENEFIT PLAN AND GROUP LIFE

419.   USA TRUCK INC. WELFARE BENEFIT PLAN

420.   USA TRUCK, INC.

421.   UTI SERVICES, INC.

422.   UTI SERVICES, INC. WELFARE BENEFITS PLAN

423.   VELOCITY EXPRESS, LLC

424.   VELOCITY EXPRESS, LLC FLEXIBLE BENEFITS PLAN

425.   VEOLIA ENVIRONMENTAL SERVICES NORTH AMERICA, LLC

426.   VEOLIA ENVIRONMENTAL SERVICES NORTH AMERICA CORP. EMPLOYEE BENEFIT PLAN

427.   VERIZON COMMUNICATIONS INC.

428.   VERIZON PLAN 550

429.   VIACOM, INC.

430. VIACOM HEALTH PLAN

431. VIA TECHNOLOGIES, INC.

432. VIA TECHNOLOGIES, INC. HEALTH AND WELFARE PLAN

433. VOLT INFORMATION SCIENCES, INC.

434. VOLT INFORMATION SCIENCES, INC. AND AFFILIATES EMPLOYEE WELFARE BENEFITS PLAN

435. VULCAN MATERIALS COMPANY

436. HEALTH & WELFARE PLAN OF VULCAN EMPLOYEES

437. W.W. GRAINGER, INC.

438. W.W. GRAINGER INC. GROUP BENEFIT PLAN I

439. WESTWAYS STAFFING SERVICES HEALTH PLAN

440. WESTWAYS STAFFING SERVICES, INC.

441. WHOLE FOODS MARKET CALIFORNIA, INC.

442. WHOLE FOODS MARKET, INC. CAFETERIA PLAN [correct name of plan is Whole Foods Market Group Benefit Plan]

443. WIPRO LIMITED

444. WIPRO HEALTH AND WELFARE PLAN

445. WOLVERINE WORLD WIDE, INC.

446. WOLVERINE WORLD WIDE FLEXIBLE SPENDING ACCOUNT PLAN

447. WORLD TRAVEL HOLDINGS, INC.

448. WORLD TRAVEL HOLDINGS, INC. FLEXIBLE BENEFIT PLAN

449. WORLEYPARSONS CORPORATION

450. GROUP BENEFITS PLAN FOR EMPLOYEES OF WORLEYPARSONS CORPORATION

451. WYNRIGHT CORPORATION

452. WYNRIGHT  WELFARE BENEFIT PLAN

453. YUM! BRANDS, INC.

454. YUM! BRANDS, INC. RESTAURANT EMPLOYEES GROUP INSURANCE PLAN

455. ZALE DELAWARE, INC.

456. ZALE CORPORATION BENEFITS PLAN

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA )

3  COUNTY OF ORANGE ) ss )

4        I am employed in the County of Orange, State of California. I am over

5  the age of 18 years and not a party to the within action. My business address is 101

6  Enterprise, Suite 350, Aliso Viejo, CA 92656.

7        On June 25, 2014, I served the foregoing document(s) described as

8  ## NOTICE OF MANUAL FILING OR LODGING

9  on all interested parties in this action as follows (or as on the attached service list):

10  DARON L. TOOCH                         E-Mail:
                                           dtooch@health-law.com
11  BRYCE WOOLLEY
                                           bwoolley@health-law.com
12  **HOOPER, LUNDY & BOOKMAN, P.C.**
    1875 Century Park East, Suite 1600
13  Los Angeles, California 90067-2517

14  ☒      BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the
    document(s) with the Clerk of the Court by using the *CM/ECF* system. Participants in
15  the case who are registered *CM/ECF* users will be served by the *CM/ECF* system.
    Participants in the case who are not registered *CM/ECF* users will be served by mail or
16  by other means permitted by the court rules.

17        I declare under penalty of perjury under the laws of the State of California

18  that the above is true and correct.

19        Executed on June 25, 2014, at Aliso Viejo, California.

20

21

22                                    Jessica M. Ridley

23

24

25

26

27

28