UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV-14-02139-MWF (VBKx)          Date:  June 25, 2014
Title:    Almont Ambulatory Surgery Center, LLC, et al. -v- UnitedHealth Group, Inc., et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Rosalyn Adams |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Daron L. Tooch - Telephonic | James Faucher/ Bryan Westerfeld |
| Eric D. Chan – In Person | Gary Pierson/Vickie Grasu |
| | Matthew Costello/Alex Spjute |
| | David Davidson/Eric Schneider |

TELEPHONIC APPEARANCES FOR THE DEFENDANTS
Stephen P. Lucke, Mark Butler, Cassandra Ferrannini, Charles Dyke, James Baker, Lindsay Berg, Nicolle Diller, David Levin, Katherine Insogna, Shauna Clark, Jason Fagelman, Matthew Eastus, Ryan Kravitz, Elizabeth Culley, Sean Nalty, Todd Wozniak, Gary Lafayette, John Harris, Shannon Ernster, Audrey Chui, Michael Roche, Cory Salisbury, Christopher Moriarty, Jason Gonzalez, Ronald Alberts, Jim Napoli

Proceedings :          STATUS CONFERENCE


     Case called, and counsel state their appearance.  The Court hears from counsel regarding the status of the case and the filing of Plaintiff's First Amended complaint.  The matter was taken under submission.  An order will issue.


                                                             :rs
                                                             20