Bryan S. Westerfeld, SBN 218253
Nicole E. Wurscher, SBN 245879
Walraven & Westerfeld LLP
101 Enterprise, Suite 350
Aliso Viejo, CA 92656

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Almont Ambulatory Surgery Center, LLC, et al. | CASE NUMBER: |
| PLAINTIFF(S) | 2:14-cv-02139-MWF-VBK |
| v. | |
| UnitedHealth Group, Inc., et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1. UnitedHealth Defendants' Supplemental Submission Regarding Settlement Authority

2. Declaration of John Steele

**Reason:**

☑ Under Seal and/or In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated:     August 6, 2014

☐ Administrative Record

☐ Other:

| | |
|---|---|
| September 4, 2014 | /s/ Nicole E. Wurscher |
| Date | Attorney Name |
| | See attached exhibit A list of represented parties |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

## Exhibit A

Clients Represented by Dorsey & Whitney LLP and Walraven & Westerfeld LLP

1.  UNITEDHEALTH GROUP INCORPORATED

2.  UNITED HEALTHCARE SERVICES, INC.

3.  UNITEDHEALTHCARE INSURANCE COMPANY

4.  OPTUMINSIGHT, INC.

5.  AARP

6.  AARP EMPLOYEES WELFARE PLAN

7.  ACCENTURE LLP

8.  ACCENTURE UNITED STATES GROUP HEALTH PLAN

9.  ACUSHNET COMPANY

10. ACUSHNET COMPANY CONSOLIDATED HEALTH AND WELFARE PLAN

11. ADP TOTALSOURCE, INC.

12. ADP TOTALSOURCE, INC. HEALTH AND WELFARE PLAN

13. ADVANCE/NEWHOUSE PARTNERSHIP

14. ADVANCE/NEWHOUSE PARTNERSHIP HEALTH BENEFITS PLAN

15. AEGIS MEDIA AMERICAS, INC.

16. AEGIS MEDIA AMERICAS, INC. BENEFITPLUS FLEXIBLE BENEFITS PLAN

17. AIR LIQUIDE USA LLC

18. AIR LIQUIDE USA LLC GROUP BENEFITS PLAN

19. AKZO NOBEL, INC.

20. AKZO NOBEL, INC. SALARIED EMPLOYEES GROUP BENEFITS PROGRAM

21. ALCATEL-LUCENT USA, INC.

CV14-2139 MFW (VBKx)
NOTICE OF MANUAL FILING
EXHIBIT A

22. ALCATEL-LUCENT RETIREE WELFARE BENEFITS PLAN

23. ALCON LABORATORIES, INC.

24. ALCON LABORATORIES INC. VOLUNTARY EMPLOYEES BENEFICIARY ASSOCIATION TRUST

25. ALL AMERICAN CONTAINERS, INC.

26. ALL AMERICAN CONTAINERS, INC. WELFARE BENEFIT PLAN

27. ALPHA MECHANICAL INC.

28. ALPHA MECHANICAL HEATING & AIR CONDITIONING, INC. HEALTH INSURANCE PLAN TRUST

29. ALTEC INDUSTRIES, INC.

30. ALTEC INDUSTRIES, INC. WELFARE BENEFITS PLAN

31. AMERICAN AIRLINES, INC.

32. GROUP LIFE AND HEALTH BENEFITS PLAN FOR EMPLOYEES OF PARTICIPATING AMR CORPORATION SUBSIDIARIES

33. AMERICAN BUILDING SUPPLY

34. AMERICAN BUILDING SUPPLY, INC. EMPLOYEE BENEFIT PLAN

35. AMERICAN FINANCIAL GROUP, INC.

36. AMERICAN FINANCIAL GROUP, INC. WELFARE BENEFITS PLAN

37. AMERICAN INTERNATIONAL GROUP, INC.

38. AMERICAN INTERNATIONAL GROUP MEDICAL PLAN

39. ANHEUSER-BUSCH COMPANIES, LLC

40. ANHEUSER-BUSCH EMPLOYEES BENEFIT TRUST

41. ANIXTER, INC.

42. ANIXTER, INC. GROUP INSURANCE

43. ANN, INC.

44. ANN, INC. WELFARE BENEFITS PLAN

| | | |
|---|---|---|
| 45. | APARTMENT MANAGEMENT CONSULTANTS, LLC |
| 46. | APARTMENT MANAGEMENT CONSULTANTS BENEFITS PLAN |
| 47. | APPLE, INC. |
| 48. | APPLE, INC. HEALTH AND WELFARE BENEFIT PLAN |
| 49. | APPLE AMERICAN GROUP, LLC |
| 50. | APPLE AMERICAN GROUP, LLC SECTION 125 PLAN |
| 51. | ARDENT SERVICES, LLC |
| 52. | ARDENT SERVICES, LLC MAEDICAL PLAN |
| 53. | AT&T CORP. and AT&T MOBILITY, LLC |
| 54. | AT&T UMBRELLA BENEFIT PLAN and CINGULAR WIRELESS MEDICAL PLUS PLAN |
| 55. | ATI SYSTEMS INTERNATIONAL, INC. |
| 56. | ATI SYSTEMS - A GARDA COMPANY GROUP HEALTH PLAN |
| 57. | AUCTION.COM, LLC |
| 58. | AUCTION.COM EMPLOYEE BENEFIT PLAN |
| 59. | AUTOMATIC DATA PROCESSING, INC. |
| 60. | AUTOMATIC DATA PROCESSING, INC. FLEX 2000 PLAN |
| 61. | BARNES & NOBLE, INC. |
| 62. | BARNES & NOBLE, INC. COMPREHENSIVE MEDICAL AND DENTAL PLAN |
| 63. | BAYSIDE MANAGEMENT COMPANY, LLC |
| 64. | BAYSIDE MANAGEMENT COMPANY LLC EMPLOYEE BENEFIT PLAN |
| 65. | BECTON, DICKINSON AND COMPANY |
| 66. | BECTON, DICKINSON AND COMPANY GROUP LIFE AND HEALTH PLAN |

67.  BELMONT VILLAGE, LP

68.  BELMONT VILLAGE LP HEALTHCARE BENEFITS PLAN

69.  BEST BUY CO., INC.

70.  BEST BUY FLEXIBLE BENEFITS PLAN

71.  BEST MEDICAL INTERNATIONAL, INC.

72.  BEST MEDICAL INTERNATIONAL BENEFIT PLAN

73.  BIOMED REALTY, L.P.

74.  BIOMED REALTY, L.P. WELFARE BENEFITS PLAN

75.  BLACK BOX NETWORK SERVICES, INC.

76.  BLACK BOX NETWORK SERVICES GROUP MEDICAL PLAN

77.  BOAT AMERICA CORPORATION

78.  BOAT U.S. HEALTH PLAN

79.  BOSTON MARKET CORPORATION

80.  BOSTON MARKET CORPORATION HEALTH AND WELFARE PLAN

81.  BRADY CORPORATION

82.  W.H. BRADY CO. INSURED BENEFITS PLAN

83.  BRIGHT HORIZONS CHILDREN'S CENTERS LLC

84.  BRIGHT HORIZONS FLEXIBLE BENEFIT PLAN

85.  BRINKER INTERNATIONAL PAYROLL COMPANY, LP ("BIPC")

86.  BRINKER INTERNATIONAL, INC. WELFARE  BENEFIT PLAN

87.  BUCA RESTAURANTS 2, INC.

88.  BUCA INC. HEALTH CARE BENEFIT PLAN

89.  BUCKEYE TECHNOLOGIES, INC.

90.  THE BUCKEYE TECHNOLOGIES COMPREHENSIVE HEALTH CARE PLAN

91. BUILD-A-BEAR WORKSHOP, INC.

92. BUILD-A-BEAR WORKSHOP, INC. WELFARE BENEFITS PLAN

93. CALIBER HOME LOANS, INC. [f/k/a Vericrest Financial, Inc.]

94. VERICREST FINANCIAL, INC. WELFARE AND BENEFITS PLAN

95. CALIFORNIA CHARTER SCHOOLS ASSOCIATION

96. CBEYOND COMMUNICATIONS, LLC

97. CBEYOND COMMUNICATIONS HEALTH AND WELFARE PLAN

98. CBIZ MHM, LLC

99. CBIZ GROUP HEALTH AND WELFARE PLAN

100. CEC ENTERTAINMENT, INC.

101. CEC ENTERTAINMENT WELFARE BENEFIT PLAN

102. CHARLOTTE RUSSE HOLDING, INC. WELFARE BENEFIT PLAN

103. CHARLOTTE RUSSE HOLDING, INC.

104. CHARMING SHOPPES, INC.

105. CHARMING SHOPPES, INC. MEDICAL PLAN

106. CHEVRON CORPORATION

107. CHEVRON CORPORATION OMNIBUS HEALTH CARE PLAN

108. CHILD DEVELOPMENT INCORPORATED

109. CDI GROUP WELFARE PLAN

110. C.H. ROBINSON COMPANY, INC.

111. C.H. ROBINSON COMPANY GROUP HEALTH MAJOR MEDICAL PLAN

112. CITIGROUP INC. [Incorrectly named in Complaint as Citigroup Management Corp.]

113. CITIGROUP HEALTH BENEFIT PLAN

114. CNA FINANCIAL CORPORATION

115. CNA FINANCIAL CORPORATION HEALTH AND GROUP BENEFITS PROGRAM [correct name of plan is CNA Medical Plan]

116. COGENTRIX ENERGY POWER MANAGEMENT, LLC [Incorrectly named in the complaint as CGX Energy, LLC]

117. COGENTRIX ENERGY POWER MANAGEMENT, LLC WELFARE BENEFITS PLAN [Incorrectly named in the complaint as Cogentrix Energy, LLC Group Insurance Plan]

118. COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION

119. COGNIZANT HEALTH & WELFARE BENEFIT PLAN

120. COMFORT SYSTEMS USA, INC.

121. COMFORT SYSTEMS USA HEALTH & WELFARE PLAN

122. CONMED CORPORATION

123. CONMED CORPORATION HEALTHCARE PLAN

124. CONSTUCTION TEAMSTERS SECURITY FUND FOR SOUTHERN CALIFORNIA

125. CORT BUSINESS SERVICES CORPORATION

126. CORT BUSINESS SERVICES CORPORATION GROUP INSURANCE PLAN

127. CREDIT SUISSE SECURITIES (USA), LLC

128. CREDIT SUISSE SECURITIES (USA) LLC GROUP BENEFITS HEALTH CARE PLAN

129. CYTEC INDUSTRIES, INC.

130. CYTEC INDUSTRIES INC.'S HEALTH AND WELFARE PLAN

131. DANAHER CORPORATION

132. DANAHER CORPORATION & SUBSIDIARIES MEDICAL PLAN

133. DARDEN RESTAURANTS, INC.

134. DARDEN GROUP LIFE AND HEALTH BENEFIT PLAN FOR WAGE EMPLOYEES

135. DEERE & COMPANY

136. JOHN DEERE BENEFIT PLAN FOR WAGE EMPLOYEES, and THE
JOHN DEERE HEALTH BENEFIT PLAN FOR SALARIED
EMPLOYEES (collectively the "Affiliated Health Plans")

137. DELL, INC. AND IT'S SUBSIDIARY PEROT  SYSTEMS
CORPORATION

138. PEROT SYSTEMS CORPORATION HEALTH WRAP PLAN

139. DELOITTE, LLP

140. DELOITTE & TOUCHE GROUP INSURANCE PLAN [Incorrectly named
in Complaint as Deloitte & Touche Welfare Benefit Plan]

141. DELTA AIR LINES, INC.

142. DELTA FAMILY-CARE MEDICAL PLAN

143. DENSO PRODUCTS AND SERVICES AMERICAS, INC. [f/k/a DENSO
sales California, Inc.]

144. DENSO SALES CALIFORNIA, INC. GROUP INSURANCE PLAN

145. DIAGEO NORTH AMERICA, INC.

146. DIAGEO NORTH AMERICA, INC. MEDICAL CARE AND LIFE
INSURANCE PLAN FOR SALARIED AND RETURNED EMPLOYEES

147. DISCOVERY COMMUNICATIONS WELFARE BENEFIT PLAN

148. DISCOVERY COMMUNICATIONS, LLC

149. DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

150. DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. WELFARE
BENEFIT PLAN

151. DRIVETIME AUTOMOTIVE GROUP, INC.

152. DRIVETIME WELFARE BENEFIT PLAN

153. ECOLAB INC.

154. ECOLAB HEALTH AND WELFARE BENEFITS PLAN

155. EDGEWOOD MANAGEMENT CORPORATION

156. MID-CITY FINANCIAL/EDGEWOOD MANAGEMENT EMPLOYEE BENEFIT TRUST

157. EDWARD JONES & CO., LP

158. EDWARD JONES & CO. EMPLOYEES HEALTH AND WELFARE PROGRAM

159. EMCOR GROUP, INC.

160. EMCOR GROUP, INC. EMPLOYEE WELFARE PLAN

161. ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.

162. ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC. LIFE, LDT, TRAVEL, ACCIDENT, VISION SERVICE, MEDICAL, DENTAL

163. EQUITY RESIDENTIAL SERVICES, LLC

164. EQUITY RESIDENTIAL GROUP INSURANCE PLAN

165. ERNST & YOUNG MEDICAL PLAN

166. ERNST & YOUNG, LLP

167. ESSILOR OF AMERICA, INC.

168. ESSILOR OF AMERICA, INC. EMPLOYER WELFARE BENEFIT PLAN

169. EXPERIAN INFORMATION SOLUTIONS, INC.

170. EXPERIAN INFORMATION SOLUTIONS, INC. HEALTH AND WELFARE PLAN

171. EXPRESSJET AIRLINES, INC.

172. ATLANTIC SOUTHEAST AIRLINES WELFARE BENEFIT PLAN [w/ Express Jet]

173. EXPRESS MESSENGER SYSTEMS, INC. d/b/a ONTRAC

174. EXPRESS MESSENGER SYSTEMS, INC. d/b/a ONTRAC (Affiliated Health Plan)

175. FARMERS GROUP, INC.

176. FARMERS GROUP, INC. EMPLOYEE PREPAID BENEFIT PLAN

177.  FC USA, INC.

178.  FC USA, INC. BENEFITS

179.  FINRA DISPUTE RESOLUTION, INC.

180.  FINRA EMPLOYEE GROUP MEDICAL, DENTAL, LIFE, DISABILITY, AD&D & VISION PLAN

181.  FISERV, INC.

182.  FISERV, INC. WELFARE BENEFIT PLAN

183.  FLEXTRONICS EMPLOYEE BENEFITS PLAN

184.  FLEXTRONICS INTERNATIONAL USA, INC.

185.  FMR LLC

186.  FIDELITY GROUP EMPLOYEES MEDICAL, DENTAL, AND CAFETERIA PLAN

187.  FOOT LOCKER RETAIL, INC.

188.  FOOT LOCKER WELFARE BENEFIT PAYMENT PLAN

189.  FUTURE ELECTRONICS CORP.

190.  FUTURE ELECTRONICS CORP. GROUP INSURANCE PLAN

191.  G4S SECURE SOLUTIONS, (USA) INC.

192.  G4S SECURE SOLUTIONS, USA INSURED HEALTH PLANS

193.  GENERAL PARTS, INC. [correct name is General Parts International, Inc.]

194.  GENERAL PARTS, INC. EMPLOYEE BENEFITS PLAN MEDICAL INSURANCE [correct name is General Parts International, Inc. Self-Funded Health and Welfare Benefit Plan]

195.  GENON ENERGY SERVICES, LLC

196.  GENON ENERGY GROUP WELFARE BENEFITS PLAN

197.  GENPACT PROCESS SOLUTIONS, LLC

198.  GENPACT WELFARE BENEFIT PLAN

| | | |
|---|---|---|
| 199. | GEORG FISCHER SIGNET, LLC | |
| 200. | GEORG FISCHER EMPLOYEE BENEFIT PLAN | |
| 201. | GEORGIA-PACIFIC LLC | |
| 202. | GEORGIA-PACIFIC LLC LIFECHOICES BENEFITS PROGRAM FOR SALARIED AND SALARIED BENEFITS ELIGIBLE EMPLOYEES | |
| 203. | GF HEALTH PRODUCTS INC. | |
| 204. | GF HEALTH PRODUCTS, INC. [correct name of plan is GF Health Products, Inc. (Enrolling Group)] | |
| 205. | GP STRATEGIES CORPORATION | |
| 206. | GP STRATEGIES CORPORATION WELFARE BENEFIT PLAN | |
| 207. | GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY | |
| 208. | GREAT-WEST LIFE & ANNUITY INSURANCE FLEXIBLE BENEFIT PLAN | |
| 209. | GTECH CORPORATION | |
| 210. | GTECH CORPORATION PARTICIPANT BENEFIT PLAN | |
| 211. | HEARTLAND AUTOMOTIVE SERVICES, INC. | |
| 212. | HEARTLAND AUTOMOTIVE SERVICES, INC. GROUP MEDICAL AND LIFE PLAN | |
| 213. | HONEYWELL INTERNATIONAL, INC. | |
| 214. | HONEYWELL INTERNATIONAL INC. BENEFIT PLAN AND HONEYWELL INTERNATIONAL, INC. RETIREE MEDICAL PLAN | |
| 215. | HOTELS AB, LLC | |
| 216. | THE STANDARD/HOTELS AB WELFARE BENEFIT PLAN | |
| 217. | HOT TOPIC, INC. | |
| 218. | HOT TOPIC, INC. HEALTH AND WELFARE PLAN | |
| 219. | HUHTAMAKI AMERICAS, INC. | |
| 220. | HUHTAMAKI AMERICAS, INC. GROUP INSURANCE PLAN | |

221. IMORTGAGE.COM, INC.

222. IMORTGAGE.COM, INC. CAFETERIA PLAN

223. INFORMA USA, INC.

224. INFORMA USA, INC. AND SUBSIDIARIES INSURANCE PLAN

225. ING NORTH AMERICA INSURANCE CORPORATION

226. ING AMERICAS WELFARE BENEFITS PLAN

227. INGRAM MICRO, INC.

228. INGRAM MICRO, INC. HEALTH & WELFARE PLAN

229. INSPERITY GROUP HEALTH PLAN

230. INSPERITY HOLDINGS, INC., f/k/a ADMINISTAFF OF TEXAS, INC.

231. INTEGRA LIFESCIENCES CORPORATION

232. INTEGRA LIFESCIENCES CORP. MEDICAL/PRESCRIPTION, DENTAL AND STD PLAN

233. INTELSAT CORPORATION

234. INTELSAT GROUP WELFARE BENEFITS PLAN

235. INTERCARE HOLDINGS, INC.

236. INTERCARE HOLDINGS, INC. HEALTH & WELFARE PLAN

237. INTERNATIONAL BUSINESS MACHINES CORPORATION

238. IBM MEDICAL & DENTAL PLAN FOR REGULAR AND PART-TIME EMPLOYEES

239. INTERNATIONAL PAPER COMPANY

240. INTERNATIONAL PAPER GROUP INSURANCE PLAN

241. INTERNATIONAL SPEEDWAY CORPORATION'S WELFARE BENEFIT PLAN

242. INTERNATIONAL SPEEDWAY CORPORATION

243. INTER-RAIL MANAGEMENT, INC.

244. INTER-RAIL MANAGEMENT, INC. EMPLOYEE HEALTH PLAN

245. INX INTERNATIONAL GROUP MEDICAL/DENTAL PLAN

246. INX INTERNATIONAL INK CO.

247. J.C. PENNEY CORPORATION, INC.

248. J.C. PENNEY CORPORATION, INC. HEALTH & WELFARE BENEFITS PLAN

249. JACK IN THE BOX INC.

250. JACK IN THE BOX INC. CREW EMPLOYEES HEALTH & WELFARE PLAN

251. JACKSON LEWIS LLP WELFARE PLAN [now known as JACKSON LEWIS P.C. CHOICE PLUS PLAN]

252. JACKSON LEWIS LLP [now known as JACKSON LEWIS P.C.]

253. JACOBS ENGINEERING GROUP, INC.

254. JACOBS ENGINEERING GROUP, INC. EMPLOYEE GROUP INSURANCE PLAN

255. JETBLUE AIRWAYS CORPORATION

256. JETBLUE AIRWAYS GROUP HEALTH INSURANCE PLAN

257. JONES LANG LASALLE AMERICAS, INC.

258. JAMES LANG LASALLE GROUP BENEFITS PLAN

259. JP MORGAN CHASE NATIONAL CORPORATE SERVICES, INC. [correct name is JPMorgan Chase Bank, N.A.]

260. THE JPMORGAN CHASE HEALTH & INCOME PROTECTION PLAN FOR ACTIVE EMPLOYEES

261. KATE SPADE & COMPANY [f/k/a Fifth & Pacific Companies, Inc.]

262. FNPC HEALTH AND WELFARE PLAN

263. KELLY MITCHELL GROUP INC. MEDICAL PLAN

264. KELLY MITCHELL GROUP, INC.

265.   KINDER MORGAN, INC.

266.   KINDER MORGAN MASTER EMPLOYEE WELFARE BENEFIT PLAN

267.   KLA-TENCOR CORPORATION

268.   KLA-TENCOR CORPORATION GROUP INSURANCE PLAN

269.   KONICA MINOLTA BUSINESS SOLUTIONS USA, INC. [correct name Konica Minolta Business Solutions U.S.A., Inc.]

270.   KONICA MINOLTA BUSINESS SOLUTIONS USA, INC. LIFE, DISABILITY, ACCIDENT, MEDICAL AND DENTAL PLAN [correct name Konica Minolta Business Solutions U.S.A., Inc. Life, Disability, Accident, Medical & Dental Plan]

271.   LARSON-JUHL US LLC WELFARE PLAN

272.   LARSON-JUHL US, LLC

273.   LA-Z-BOY INCORPORATED

274.   LA-Z-BOY INCORPORATED MEDICAL PLAN AND LA-Z-BOY INCORPORATED MEDICAL PLAN FOR RETAIL EMPLOYEES

275.   L BRANDS, INC., f/k/a LIMITED BRANDS, INC. [correct name is L Brands Service Company, LLC]

276.   L BRANDS, IN. HEALTH AND WELFARE PLAN

277.   LEVEL 3 COMMUNICATIONS, LLC

278.   LEVEL 3 COMMUNICATIONS, INC. WELFARE BENEFIT PLAN

279.   LEVY RESTAURANTS, INC.

280.   EMPLOYEE BENEFIT PLAN OF THE COMPASS GROUP USA, INC. [w/ Levy]

281.   LGAA, LLC [f/k/a Leavitt Group Agency Association]

282.   LGAA BENEFIT PLAN

283.   LINDE NORTH AMERICA INC. INSURANCE PLAN

284.   LINDE NORTH AMERICA, INC.

285.   L'OREAL USA S/D, INC.

286. L'OREAL USA, INC. COMPREHENSIVE MEDICAL PLAN

287. MARUBENI-ITOCHU STEEL AMERICA, INC.

288. MISA GROUP BENEFITS PLAN

289. MCGRAW HILL FINANCIAL, INC. [f/k/a The McGraw Hill Companies, Inc.]

290. THE MCGRAW-HILL COMPANIES, INC. GROUP HEALTH PLAN

291. MCM CORPORATION

292. HEALTH CARE PLAN OF THE EMPLOYEES OF MCM CORP

293. MEDICAL SPECIALITIES DISTRIBUTORS LLC

294. MEDICAL SPECIALITIES DISTRIBUTORS, LLC GROUP BENEFITS PLAN

295. METROPOLITAN LIFE INSURANCE COMPANY

296. METLIFE OPTIONS AND CHOICES PLAN

297. MIDAMERICAN ENERGY COMPANY

298. MIDAMERICAN ENERGY COMPANY WELFARE BENEFIT PLAN

299. MILLARD REFRIGERATED SERVICES

300. MILLARD REFRIGERATED SERVICES WELFARE BENEFIT PLAN

301. MOBILE MINI, INC.

302. MOBILE MINI, INC. BENEFIT PLAN

303. MOCEAN, LLC

304. MOCEAN HEALTH AND WELFARE BENEFITS PLAN

305. MONA VIE, INC.

306. MONA VIE, INC. HEALTH PLAN

307. MONROVIA NURSERY COMPANY

308. MONROVIA NURSERY COMPANY EMPLOYEE BENEFIT PLAN

309. MOUNTAIN VALLEY EXPRESS

310. MOUNTAIN VALLEY EXPRESS, INC. WELFARE BENEFIT PLAN

311. MULTIPLAN, INC.

312. HEALTH INSURANCE PLAN OF MULTIPLAN, INC.

313. MYRIAD GENETICS, INC.

314. MYRIAD GENETICS, INC. WELFARE BENEFIT PLAN

315. NATIONAL CAPTIONING INSTITUTE, INC.

316. NATIONAL CAPTIONING INSTITUTE, INC. HEALTH & WELFARE BENEFITS PLAN

317. NATIONAL MENTOR HOLDINGS, LLC

318. NATIONAL MENTOR HOLDINGS, LLC FLEXIBLE BENEFIT PLAN

319. NATIONAL RAILWAY CARRIERS AND UNITED TRANSPORTATION UNION HEALTH AND WELFARE PLAN

320. NATIONSTAR MORTGAGE GROUP HEALTH AND WELFARE BENEFIT PLAN

321. NATIONSTAR MORTGAGE, LLC

322. NCH CORPORATION

323. NCH CORPORATION EMPLOYEE LIFE AND HEALTH BENEFIT PLAN

324. NEC CORPORATION OF AMERICA

325. GROUP INSURANCE PLAN FOR EMPLOYEES OF NEC AND AFFILIATES

326. NEFF RENTAL LLC

327. NEFF RENTAL LLC HEALTH & WELFARE PLAN

328. NESTLE WATERS NORTH AMERICA, INC.

329. NESTLE WATERS NORTH AMERICA HOLDINGS GROUP BENEFITS PLAN

330. NET APP, INC.

331. NET APP, INC. GROUP HEALTH PLAN

332. NEW BREED CORPORATE SERVICES, INC.

333. NEW BREED CORPORATE SERVICES INC. MEDICAL PLAN

334. NIKE, INC.

335. NIKE, INC. GROUP INSURANCE PLAN

336. NOVARTIS PHARMACEUTICALS CORP. WELFARE BENEFITS PLAN

337. NOVARTIS PHARMACEUTICALS CORPORATION

338. NPL CONSTRUCTION CO.

339. NPL CONSTRUCTION CO. EMPLOYEE HEALTH BENEFIT PLAN

340. NRC RAYROLL MANAGEMENT

341. NRC PAYROLL MANAGEMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY, NRC PAYROLL MANAGEMENT HEALTH AND WELFARE PLAN

342. OLIN CORPORATION

343. OLIN HEALTH PLAN

344. OSRAM SYLVANIA, INC.

345. OSRAM SYLVANIA, INC. PLAN FOR GROUP INSURANCE [correct name of plan is Osram Sylvania Inc. Health and Welfare Benefits Plan]

346. PANALPINA, INC.

347. PANALPINA, INC. WELFARE BENEFITS PLAN

348. PARKER-HANNIFIN CORPORATION

349. GROUP INSURANCE PLAN HOURLY AND SALARIED EMPLOYEES OF PARKER HANNIFIN CORP.

350. PARSONS CORPORATION

351. GROUP BENEFITS PLAN FOR EMPLOYEES OF PARSONS CORPORATION & DESIGNATED SUBSIDIARIES

CV14-2139 MFW (VBKx)
NOTICE OF MANUAL FILING
EXHIBIT A

352.   PECHINEY PLASTIC PACKAGING, INC.

353.   ALCAN SALARIED WELFARE BENEFITS PROGRAM  [w/ Pechiney]

354.   PERFORMANCE FOOD GROUP INC. EMPLOYEE BENEFITS PLAN

355.   PERFORMANCE FOOD GROUP, INC.

356.   PETCO ANIMAL SUPPLIES, INC.

357.   PETCO ANIMAL SUPPLIES, INC. GROUP BENEFIT PLAN AND TRUST

358.   PETER KIEWIT SONS', INC.

359.   PETER KIEWIT SONS', INC. HEALTH AND WELFARE PLAN

360.   PFIZER, INC. [correct name is Pfizer Inc]

361.   PFIZER MEDICAL PLAN

362.   PLATINUM HOME MORTGAGE CORPORATION

363.   PLATINUM HOME MORTGAGE CORPORATION (Affiliated Health Plan)

364.   POLYAIR CORPORATION

365.   POLYAIR CORPORATION FLEXIBLE BENEFITS PLAN

366.   PRADA USA CORP.

367.   PRADA USA CORPORATION WELFARE BENEFIT PLAN

368.   PRECYSE SOLUTIONS, LLC

369.   WELFARE BENEFIT PLAN FOR EMPLOYEES OF PRECYSE SOLUTIONS

370.   PRIME ADMINISTRATION LLC

371.   PRIME ADMINISTRATION LLC CONSOLIDATED HEALTH & WELFARE PLAN

372.   PRODUCERS' HEALTH BENEFITS PLAN

373.   PROGRESSIVE LOGISTICS SERVICES

374. PROGRESSIVE LOGISTICS SERVICES LLC CHOICE PLUS PLAN FOR FREIGHT HANDLERS

375. QBE FIRST GROUP HEALTH AND WELFARE PLAN [Correct name is QBE Financial Institution Risk Services, Inc.]

376. QBE FIRST INSURANCE AGENCY, INC. [Correct name is QBE First Group Health and Welfare Plan]

377. QUANTUM CORPORATION

378. QUANTUM CORPORATION WELFARE BENEFIT PLAN [Incorrectly named Quantum Corporation Health and Welfare Plan]

379. RAINBOW USA, INC.

380. RAINBOW USA, INC. MEDICAL PLAN

381. RAYTHEON COMPANY

382. RAYTHEON HEALTH BENEFITS PLAN

383. REXAM INC.

384. GROUP INSURANCE PLAN FOR EMPLOYEES OF REXAM INC.

385. REXNORD INDUSTRIES, LLC

386. REXNORD WELFARE PLAN

387. RITE AID CORPORATION

388. RITE AID CORPORATION HEALTH INSURANCE PLAN

389. RURAL/METRO CORPORATION

390. RURAL/METRO CORPORATION EMPLOYEE BENEFIT PLAN

391. RUSH TRUCK CENTERS OF CALIFORNIA, INC.

392. RUSH ENTERPRISES MEDICAL PLAN

393. RYDER SYSTEM, INC

394. RYDER SYSTEM, INC. FLEXIBLE BENEFITS PLAN

395. S & A COMPUTER SERVICES, INC.

396.   S AND A COMPUTER SERVICES WELFARE BENEFIT PLAN

397.   SAFRAN USA, INC.

398.   SAFRAN USA, INC. CAFETERIA PLAN

399.   SCHNEIDER NATIONAL, INC.

400.   SCHNEIDER NATIONAL, INC. FLEXIBLE BENEFITS PLAN

401.   SEASONS HOSPICE & PALLIATIVE CARE OF CALIFORNIA, INC.
[correct name Seasons Hospice, Inc.]

402.   SEASONS HOSPICE FLEXIBLE BENEFIT PLAN

403.   SELECT SPECIALIZED STAFFING, INC.

404.   SELECT STAFFING – FLEXIBLE BENEFITS PLAN

405.   SKYWEST AIRLINES, INC.

406.   SKYWEST, INC. CAFETERIA PLAN

407.   SMURFIT KAPPA ORANGE COUNTY, LLC, f/k/a ORANGE COUNTY
CONTAINER GROUP LLC

408.   ORANGE COUNTY CONTAINER GROUP MEDICAL PLAN

409.   SOURCEHOV LLC

410.   SOURCEHOV LLC HEALTH AND WELFARE BENEFIT PLAN

411.   SOUTHWEST GAS CORPORATION

412.   SOUTHWEST GAS CORPORATION HEALTH & WELFARE
BENEFITS PLAN

413.   STATION CASINOS, INC.

414.   STATION CASINOS, INC. EMPLOYEE BENEFIT PLAN

415.   STEIN MART, INC.

416.   STEIN MART, INC. & SUBSIDIARIES GROUP DISABILITY AND
VISION PLAN

417.   SUNBURST HOSPITALITY CORPORATION

418.  SUNBURST HOSPITALITY CORPORATION EMPLOYEE WELFARE BENEFIT PLAN

419.  SUNSTATE EQUIPMENT COMPANY, LLC

420.  SUNSTATE EQUIPMENT COMPANY, LLC EMPLOYEE BENEFIT PLAN

421.  TARGET CORPORATION

422.  TARGET CORPORATION EMPLOYEE UMBRELLA TRUSTEED BENEFIT PLAN

423.  TESTAMERICA ENVIRONMENTAL SERVICES, LLC

424.  TESTAMERICA HEALTH PLAN WITH UNITEDHEALTH CARE [Incorrectly named in Complaint as TestAmerica Environmental Services, LLC Employee Benefit Plan]

425.  TEXTRON, INC.

426.  TEXTRON BARGAINED INSURED BENEFITS PLAN

427.  TGI FRIDAY'S, INC.

428.  THE BMS ENTERPRISES, INC.

429.  THE BMS ENTERPRISES, INC. PLAN

430.  THE CHILDREN'S PLACE, INC [f/k/a The Children's Place Retail Stores, Inc.]

431.  THE CHILDREN'S PLACE HEALTH CARE, SHORT TERM DISABILITY & LIFE INSURANCE PLAN

432.  THE CLOROX COMPANY

433.  THE CLOROX COMPANY GROUP INSURANCE PLAN

434.  THE COCA-COLA COMPANY

435.  THE COCA-COLA COMPANY HEALTH AND WELFARE BENEFITS PLAN

436.  THE ESTEE LAUDER COMPANIES, INC.

437. THE ESTEE LAUDER COMPANIES, INC. GROUP MEDICAL, DENTAL, PRESCRIPTION DRUG, LONG TERM DISABILITY, LIFE, ACCIDENTAL DEATH AND DISBURSEMENT PLAN

438. THE HERTZ CORPORATION

439. HERTZ CUSTOM BENEFIT PROGRAM

440. THE INTERPUBLIC GROUP OF COMPANIES, INC.

441. THE INTERPUBLIC MEDICAL AND DENTAL PLAN

442. THE PROCTER & GAMBLE COMPANY [Incorrectly named in the Complaint as Proctor & Gamble RHD, Inc.]

443. THE PROCTER & GAMBLE HEALTH CARE PLAN [n/k/a PROCTER & GAMBLE MEDICAL PLAN FOR ACTIVE EMPLOYEES and PRCTER & GAMBLE RETIREE WELFARE BENFITS PLAN

444. THE RAILROAD EMPLOYEES NATIONAL HEALTH AND WELFARE PLAN

445. THE STERITECH GROUP, INC.

446. THE STERITECH GROUP, INC. CAFETERIA PLAN

447. THE TRAVELERS COMPANIES, INC.

448. THE TRAVELERS TRUSTEED EMPLOYEE BENEFIT PLAN and THE TRAVELERS NON-TRUSTEED EMPLOYEE BENEFIT PLAN

449. THE TURNER CORPORATION

450. THE TURNER CORPORATION WELFARE BENEFITS PLAN

451. TIME WARNER CABLE BENEFITS PLAN

452. TIME WARNER CABLE, INC.

453. TOSHIBA AMERICA, INC.

454. TOSHIBA AMERICA, INC. GROUP WELFARE BENEFIT PLAN

455. TOWERS WATSON & CO.

456. TOWERS WATSON HEALTH & WELFARE BENEFITS PLAN

457. TRINET HR CORPORATION, [f/k/a Gevity HR, Inc.]

458.   TRINET EMPLOYEE BENEFIT INSURANCE PLAN

459.   TTX COMPANY

460.   TTX COMPANY HEALTH AND WELFARE BENEFITS PLAN

461.   TUCKER ELLIS LLP

462.   TUCKER ELLIS & WEST LLP WELFARE BENEFIT PLAN

463.   UNITED AIRLINES, INC.

464.   UNITED AIRLINES CONSOLIDATED WELFARE BENEFITS PLAN

465.   UNIVISION COMMUNICATIONS, INC.

466.   UNIVISION WELFARE BENEFITS PLAN

467.   UPM-RAFLATAC, INC.

468.   UPM-RAFLATAC, INC. HEALTH AND WELFARE BENEFIT PLAN

469.   URBAN DECAY COSMETICS, LCC

470.   URBAN DECAY COSMETICS HEALTH AND WELFARE PLAN

471.   U.S. AUTO PARTS NETWORK, INC.

472.   U.S. AUTO PARTS NETWORK INC. HEALTH AND WELFARE
       BENEFIT PLAN

473.   US AIRWAYS GROUP, INC.

474.   US AIRWAYS HEALTH BENEFIT PLAN AND GROUP LIFE

475.   USA TRUCK INC. WELFARE BENEFIT PLAN

476.   USA TRUCK, INC.

477.   UTI SERVICES, INC.

478.   UTI SERVICES, INC. WELFARE BENEFITS PLAN

479.   VELOCITY EXPRESS, LLC

480.   VELOCITY EXPRESS, LLC FLEXIBLE BENEFITS PLAN

481.   VEOLIA ENVIRONMENTAL SERVICES NORTH AMERICA, LLC

482. VEOLIA ENVIRONMENTAL SERVICES NORTH AMERICA CORP. EMPLOYEE BENEFIT PLAN

483. VERIZON COMMUNICATIONS INC.

484. VERIZON PLAN 550

485. VIACOM, INC.

486. VIACOM HEALTH PLAN

487. VIA TECHNOLOGIES, INC.

488. VIA TECHNOLOGIES, INC. HEALTH AND WELFARE PLAN

489. VOLT INFORMATION SCIENCES, INC.

490. VOLT INFORMATION SCIENCES, INC. AND AFFILIATES EMPLOYEE WELFARE BENEFITS PLAN

491. VULCAN MATERIALS COMPANY

492. HEALTH & WELFARE PLAN OF VULCAN EMPLOYEES

493. W.W. GRAINGER, INC.

494. W.W. GRAINGER INC. GROUP BENEFIT PLAN I, and W.W. GRAINGER INC. GROUP BENEFIT PLAN II (collectively the "Affiliated Health Plans")

495. WESTWAYS STAFFING SERVICES HEALTH PLAN

496. WESTWAYS STAFFING SERVICES, INC.

497. WHOLE FOODS MARKET CALIFORNIA, INC.

498. WHOLE FOODS MARKET, INC. CAFETERIA PLAN [correct name of plan is Whole Foods Market Group Benefit Plan]

499. WILLIAMS-SONOMA STORES, INC.

500. WILLIAMS-SONOMA, INC. HEALTH & WELFARE PLAN

501. WINDSTREAM CORPORATION

502. WINDSTREAM COMPREHENSIVE PLAN OF GROUP INSURANCE

503. WIPRO LIMITED

504. WIPRO HEALTH AND WELFARE PLAN

505. WOLVERINE WORLD WIDE, INC.

506. WOLVERINE WORLD WIDE FLEXIBLE SPENDING ACCOUNT PLAN

507. WORLD TRAVEL HOLDINGS, INC.

508. WORLD TRAVEL HOLDINGS, INC. FLEXIBLE BENEFIT PLAN

509. WORLEYPARSONS CORPORATION

510. GROUP BENEFITS PLAN FOR EMPLOYEES OF WORLEYPARSONS CORPORATION

511. WYNRIGHT CORPORATION

512. WYNRIGHT  WELFARE BENEFIT PLAN

513. YUM! BRANDS, INC.

514. YUM! BRANDS, INC. RESTAURANT EMPLOYEES GROUP INSURANCE PLAN

515. ZALE DELAWARE, INC.

516. ZALE CORPORATION BENEFITS PLAN

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                            ) ss

COUNTY OF ORANGE     )

        I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 101 Enterprise, Suite 350, Aliso Viejo, CA 92656.

        On September 4, 2014, I served the foregoing document(s) described as

**NOTICE OF MANUAL FILING OR LODGING**

on all interested parties in this action as follows (or as on the attached service list):

| | |
|---|---|
| DARON L. TOOCH<br>BRYCE WOOLLEY<br>**HOOPER, LUNDY & BOOKMAN, P.C.**<br>1875 Century Park East, Suite 1600<br>Los Angeles, California 90067-2517 | E-Mail:<br>dtooch@health-law.com<br>bwoolley@health-law.com |

☒    BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the *CM/ECF* system. Participants in the case who are registered *CM/ECF* users will be served by the *CM/ECF* system. Participants in the case who are not registered *CM/ECF* users will be served by mail or by other means permitted by the court rules.

        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

        Executed on September 4, 2014, at Aliso Viejo, California.

_____
Kim Sullivan