# EXHIBIT B

| Form **5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500. | OMB Nos. 1210-0110<br>1210-0089<br>**2009**<br>**This Form is Open to Public Inspection** |
|---|---|---|

### Part I — Annual Report Identification Information

For calendar plan year 2009 or fiscal plan year beginning  01/01/2009   and ending  12/31/2009

**A** This return/report is for: [ ] a multiemployer plan;  [ ] a multiple-employer plan; or  [X] a single-employer plan;  [ ] a DFE (specify) ____

**B** This return/report is: [ ] the first return/report;  [ ] the final return/report;  [ ] an amended return/report;  [ ] a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**D** Check box if filing under: [X] Form 5558;  [ ] automatic extension;  [ ] the DFVC program;  [ ] special extension (enter description)

### Part II — Basic Plan Information—enter all requested information

**1a** Name of plan
PERKINS LIFE INSURANCE AND HEALTH CARE PLAN

**1b** Three-digit plan number (PN) ▶ 501

**1c** Effective date of plan
01/01/1990

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)
PERKINS & MARIE CALLENDERS INC.

6075 POPLAR AVENUE, SUITE 800
MEMPHIS, TN 38119

**2b** Employer Identification Number (EIN)
62-1254388

**2c** Sponsor's telephone number
901-766-6400

**2d** Business code (see instructions)
722110

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/15/2010 | TONI QUIST |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | Filed with authorized/valid electronic signature. | 10/15/2010 | TONI QUIST |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Form 5500 (2009)
v.092307.1

EXHIBIT B
PAGE 54

Form 5500 (2009)     Page **2**

| | | | |
|---|---|---|---|
| **3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")<br>PERKINS & MARIE CALLENDERS INC.<br><br>6075 POPLAR AVENUE, SUITE 800<br>MEMPHIS, TN 38119 | | **3b** Administrator's EIN<br>62-1254388<br>**3c** Administrator's telephone number<br>901-766-6400 | |
| **4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report:<br>**a** Sponsor's name | | **4b** EIN<br><br>**4c** PN | |
| **5** Total number of participants at the beginning of the plan year | | **5** | 1048 |
| **6** Number of participants as of the end of the plan year (welfare plans complete only lines **6a, 6b, 6c,** and **6d**). | | | |
| **a** Active participants | | **6a** | 947 |
| **b** Retired or separated participants receiving benefits | | **6b** | 23 |
| **c** Other retired or separated participants entitled to future benefits | | **6c** | 0 |
| **d** Subtotal. Add lines **6a**, **6b**, and **6c** | | **6d** | 970 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | | **6e** | |
| **f** Total. Add lines **6d** and **6e**. | | **6f** | |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | | **6g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | | **6h** | |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) | | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:
4A    4B    4D    4E    4H    4Q

| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
|---|---|---|---|
| (1) [X] Insurance | | (1) [X] Insurance | |
| (2) [ ] Code section 412(e)(3) insurance contracts | | (2) [ ] Code section 412(e)(3) insurance contracts | |
| (3) [ ] Trust | | (3) [ ] Trust | |
| (4) [X] General assets of the sponsor | | (4) [X] General assets of the sponsor | |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

| **a** Pension Schedules | | **b** General Schedules | |
|---|---|---|---|
| (1) [ ] **R** (Retirement Plan Information) | | (1) [ ] **H** (Financial Information) | |
| (2) [ ] **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | | (2) [ ] **I** (Financial Information – Small Plan)<br>(3) [X]  3  **A** (Insurance Information)<br>(4) [ ] **C** (Service Provider Information) | |
| (3) [ ] **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | | (5) [ ] **D** (DFE/Participating Plan Information)<br>(6) [ ] **G** (Financial Transaction Schedules) | |



# Form 5500

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).

Complete all entries in accordance with the instructions to the Form 5500.

OMB Nos. 1210 - 0110
1210 - 0089

## 2010

This Form is Open to Public Inspection

**Part I.  Annual Report Identification Information**

For calendar plan year 2010 or fiscal plan year beginning January 01, 2010 , and ending December 31, 2010

A  This return/report is for:
☐ a multiemployer plan;  ☐ a multiple-employer plan;
☒ a single-employer plan;  ☐ a DFE (specify)

B  This return/report is:
☐ the first return/report;
☐ an amended return/report;
☐ the final return/report;
☐ a short plan year return/report (less than 12 months).

C  If the plan is a collectively-bargained plan, check here ☐

D  Check box if filling under:
☒ Form 5558;
☐ automatic extension;
☐ special extension (enter description)
☐ the DFVC program;

**Part II.  Basic Plan Information** – enter all requested information.

1a  Name of plan

PERKINS LIFE INSURANCE AND HEALTH CARE PLAN

1b  Three-digit plan number (PN)  ·  501

1c  Effective date of plan
January 01, 1990

2a  Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

PERKINS & MARIE CALLENDERS INC.
6075 POPLAR AVENUE, SUITE 800
MEMPHIS TN 38119

2b  Employer Identification Number (EIN)
62-1254388

2c  Sponsor's telephone number
901-766-6400

2d  Business code (see instructions)
722110

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.



EXHIBIT B
PAGE 56

| Form **5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500. | OMB Nos. 1210-0110<br>1210-0089<br>**2011**<br>**This Form is Open to Public Inspection** |
|---|---|---|

## Part I — Annual Report Identification Information

For calendar plan year 2011 or fiscal plan year beginning  01/01/2011   and ending  12/31/2011

**A** This return/report is for:   [ ] a multiemployer plan;   [ ] a multiple-employer plan; or   [X] a single-employer plan;   [ ] a DFE (specify) ____

**B** This return/report is:   [ ] the first return/report;   [ ] the final return/report;   [ ] an amended return/report;   [ ] a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**D** Check box if filing under:   [X] Form 5558;   [ ] automatic extension;   [ ] the DFVC program;   [ ] special extension (enter description)

## Part II — Basic Plan Information—enter all requested information

**1a** Name of plan
PERKINS LIFE INSURANCE AND HEALTH CARE PLAN

**1b** Three-digit plan number (PN) ▶ 501
**1c** Effective date of plan  01/01/1990

**2a** Plan sponsor's name and address, including room or suite number (Employer, if for single-employer plan)

PERKINS & MARIE CALLENDER'S, LLC

6075 POPLAR AVENUE, SUITE 800
MEMPHIS, TN 38119

**2b** Employer Identification Number (EIN)  45-3942435
**2c** Sponsor's telephone number  901-766-6400
**2d** Business code (see instructions)  722110

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 09/27/2012 | BARBARA L. ANDERSON |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.                    **Form 5500 (2011)**
                                                                                                                  v.012611

| | | | |
|---|---|---|---|
| **3a** Plan administrator's name and address (if same as plan sponsor, enter "Same") <br> PERKINS & MARIE CALLENDER'S, LLC <br><br> 6075 POPLAR AVENUE, SUITE 800 <br> MEMPHIS, TN 38119 | | **3b** Administrator's EIN <br> 45-3942435 | |
| | | **3c** Administrator's telephone number <br> 901-766-6400 | |
| **4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report: | | **4b** EIN <br> 62-1254388 | |
| **a** Sponsor's name <br> PERKINS & MARIE CALLENDERS INC. | | **4c** PN <br> 501 | |
| **5** Total number of participants at the beginning of the plan year | **5** | | 1476 |
| **6** Number of participants as of the end of the plan year (welfare plans complete only lines **6a, 6b, 6c,** and **6d**). | | | |
| **a** Active participants............................................................................................................................. | **6a** | | 1150 |
| **b** Retired or separated participants receiving benefits............................................................................ | **6b** | | 21 |
| **c** Other retired or separated participants entitled to future benefits........................................................ | **6c** | | 0 |
| **d** Subtotal. Add lines **6a**, **6b**, and **6c**................................................................................................. | **6d** | | 1171 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits................. | **6e** | | |
| **f** Total. Add lines **6d** and **6e**............................................................................................................ | **6f** | | |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item).................................................................................. | **6g** | | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested........................................................................................ | **6h** | | |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) ........ | **7** | | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:
   4A   4B   4D   4E   4H   4Q

| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
|---|---|---|---|
| (1) [X] Insurance | | (1) [X] Insurance | |
| (2) [ ] Code section 412(e)(3) insurance contracts | | (2) [ ] Code section 412(e)(3) insurance contracts | |
| (3) [ ] Trust | | (3) [ ] Trust | |
| (4) [X] General assets of the sponsor | | (4) [X] General assets of the sponsor | |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

**a** Pension Schedules
- (1) [ ] **R** (Retirement Plan Information)
- (2) [ ] **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary
- (3) [ ] **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary

**b** General Schedules
- (1) [ ] **H** (Financial Information)
- (2) [ ] **I** (Financial Information – Small Plan)
- (3) [X] _2_ **A** (Insurance Information)
- (4) [ ] **C** (Service Provider Information)
- (5) [ ] **D** (DFE/Participating Plan Information)
- (6) [ ] **G** (Financial Transaction Schedules)

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ **Complete all entries in accordance with the instructions to the Form 5500.** | 1210-0089<br>**2012**<br><br>**This Form is Open to Public Inspection** |

### Part I   Annual Report Identification Information

For calendar plan year 2012 or fiscal plan year beginning   01/01/2012   and ending   12/31/2012

**A** This return/report is for:  ☐ a multiemployer plan;   ☐ a multiple-employer plan; or
  ☒ a single-employer plan;   ☐ a DFE (specify) ____

**B** This return/report is:  ☐ the first return/report;   ☐ the final return/report;
  ☐ an amended return/report;   ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:  ☐ Form 5558;   ☐ automatic extension;   ☐ the DFVC program;
  ☐ special extension (enter description)

### Part II   Basic Plan Information—enter all requested information

**1a** Name of plan
PERKINS LIFE INSURANCE AND HEALTH CARE PLAN

**1b** Three-digit plan number (PN) ▶   501

**1c** Effective date of plan
01/01/1990

**2a** Plan sponsor's name and address; include room or suite number (employer, if for a single-employer plan)

PERKINS & MARIE CALLENDER'S, LLC

6075 POPLAR AVENUE, SUITE 800
MEMPHIS, TN 38119

**2b** Employer Identification Number (EIN)
45-3942435

**2c** Sponsor's telephone number
901-766-6400

**2d** Business code (see instructions)
722110

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 07/30/2013 | BARBARA ANDERSON |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

Preparer's name (including firm name, if applicable) and address; include room or suite number. (optional)

Preparer's telephone number (optional)

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**   **Form 5500 (2012)**
**v. 120126**

EXHIBIT B
PAGE 59

| | | | |
|---|---|---|---|
| **3a** | Plan administrator's name and address  [X] Same as Plan Sponsor Name  [ ] Same as Plan Sponsor Address | **3b** | Administrator's EIN |
| | | **3c** | Administrator's telephone number |
| **4** | If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report: | **4b** | EIN |
| **a** | Sponsor's name | **4c** | PN |
| **5** | Total number of participants at the beginning of the plan year | **5** | 1171 |
| **6** | Number of participants as of the end of the plan year (welfare plans complete only lines **6a, 6b, 6c,** and **6d**). | | |
| **a** | Active participants | **6a** | 1095 |
| **b** | Retired or separated participants receiving benefits | **6b** | 31 |
| **c** | Other retired or separated participants entitled to future benefits | **6c** | 0 |
| **d** | Subtotal. Add lines **6a**, **6b**, and **6c** | **6d** | 1126 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **6e** | |
| **f** | Total. Add lines **6d** and **6e** | **6f** | |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **6g** | |
| **h** | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **6h** | |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:
    4A   4B   4D   4E   4H   4Q

| | | | | | |
|---|---|---|---|---|---|
| **9a** | Plan funding arrangement (check all that apply) | | **9b** | Plan benefit arrangement (check all that apply) | |
| (1) | [X] | Insurance | (1) | [X] | Insurance |
| (2) | [ ] | Code section 412(e)(3) insurance contracts | (2) | [ ] | Code section 412(e)(3) insurance contracts |
| (3) | [ ] | Trust | (3) | [ ] | Trust |
| (4) | [X] | General assets of the sponsor | (4) | [X] | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| **a** | **Pension Schedules** | | **b** | **General Schedules** | | |
| (1) | [ ] | **R** (Retirement Plan Information) | (1) | [ ] | | **H** (Financial Information) |
| (2) | [ ] | **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | (2) | [ ] | | **I** (Financial Information – Small Plan) |
| | | | (3) | [X] | 2 | **A** (Insurance Information) |
| | | | (4) | [ ] | | **C** (Service Provider Information) |
| (3) | [ ] | **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | (5) | [ ] | | **D** (DFE/Participating Plan Information) |
| | | | (6) | [ ] | | **G** (Financial Transaction Schedules) |

| Form 5500 | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ Complete all entries in accordance with the instructions to the Form 5500. | 1210-0089<br><br>**2013**<br><br>**This Form is Open to Public Inspection** |

### Part I  Annual Report Identification Information

For calendar plan year 2013 or fiscal plan year beginning   01/01/2013   and ending   12/31/2013

**A** This return/report is for: ☐ a multiemployer plan;   ☐ a multiple-employer plan; or
☒ a single-employer plan;   ☐ a DFE (specify) ____

**B** This return/report is: ☐ the first return/report;   ☐ the final return/report;
☐ an amended return/report;   ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here............................................................... ▶ ☐

**D** Check box if filing under: ☐ Form 5558;   ☐ automatic extension;   ☐ the DFVC program;
☐ special extension (enter description)

### Part II  Basic Plan Information—enter all requested information

**1a** Name of plan
PERKINS & MARIE CALLENDER'S, LLC WELFARE BENEFIT PLAN

**1b** Three-digit plan number (PN) ▶ 501

**1c** Effective date of plan
01/01/1990

**2a** Plan sponsor's name and address; include room or suite number (employer, if for a single-employer plan)

PERKINS & MARIE CALLENDER'S, LLC

6075 POPLAR AVENUE, SUITE 800
MEMPHIS, TN 38119

**2b** Employer Identification Number (EIN)
45-3942435

**2c** Sponsor's telephone number
901-766-6400

**2d** Business code (see instructions)
722511

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 07/28/2014 | BARBARA L. ANDERSON |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | Filed with authorized/valid electronic signature. | 07/28/2014 | BARBARA L. ANDERSON |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

Preparer's name (including firm name, if applicable) and address; include room or suite number. (optional)

Preparer's telephone number (optional)

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.     Form 5500 (2013)
v. 130118

EXHIBIT B
PAGE 61

Form 5500 (2013)          Page **2**

| | | | |
|---|---|---|---|
| **3a** | Plan administrator's name and address [X] Same as Plan Sponsor Name   [ ] Same as Plan Sponsor Address | **3b** | Administrator's EIN |
| | | **3c** | Administrator's telephone number |
| **4** | If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report: | **4b** | EIN |
| **a** | Sponsor's name | **4c** | PN |
| **5** | Total number of participants at the beginning of the plan year | **5** | 1126 |
| **6** | Number of participants as of the end of the plan year (welfare plans complete only lines **6a, 6b, 6c,** and **6d**). | | |
| **a** | Active participants | **6a** | 1056 |
| **b** | Retired or separated participants receiving benefits | **6b** | 29 |
| **c** | Other retired or separated participants entitled to future benefits | **6c** | 0 |
| **d** | Subtotal. Add lines **6a**, **6b**, and **6c** | **6d** | 1085 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. | **6e** | |
| **f** | Total. Add lines **6d** and **6e**. | **6f** | |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **6g** | |
| **h** | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **6h** | |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:
     4A    4B    4D    4E    4H    4Q

| | | | | | |
|---|---|---|---|---|---|
| **9a** | Plan funding arrangement (check all that apply) | | **9b** | Plan benefit arrangement (check all that apply) | |
| (1) | [X] | Insurance | (1) | [X] | Insurance |
| (2) | [ ] | Code section 412(e)(3) insurance contracts | (2) | [ ] | Code section 412(e)(3) insurance contracts |
| (3) | [ ] | Trust | (3) | [ ] | Trust |
| (4) | [X] | General assets of the sponsor | (4) | [X] | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **a** | **Pension Schedules** | | | **b** | **General Schedules** | | |
| (1) | [ ] | **R** (Retirement Plan Information) | | (1) | [ ] | | **H** (Financial Information) |
| (2) | [ ] | **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | | (2) | [ ] | | **I** (Financial Information – Small Plan) |
| | | | | (3) | [X] | 2 | **A** (Insurance Information) |
| | | | | (4) | [ ] | | **C** (Service Provider Information) |
| (3) | [ ] | **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | | (5) | [ ] | | **D** (DFE/Participating Plan Information) |
| | | | | (6) | [ ] | | **G** (Financial Transaction Schedules) |